| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S Tejon St<br>Colorado Springs, CO 80903<br>(719) 452-5000 | DATE FILED: January 18, 2024 3:17 PM<br>FILING ID: 7360518FEECC1<br>CASE NUMBER: 2024CV30107 |
| Plaintiffs:<br>2814 N. Halsted LLC, and<br>Sami Allam, personally and as Member<br><br>vs.<br>Defendants:<br>Service One Inc., d/b/a BSI Financial Services, and<br>Mason McDuffie Mortgage Corp. | |
| *Attorney for Defendants:*<br>Samuel H. McMechan, Esq. Reg.# 53290<br>McMechan Law, LLC.<br>13791 E. Rice Pl., #144, Aurora, CO 80015<br>Phone Number:  720-249-7852<br>E-mail: smcmechan@mcmechanlaw.com | Case Number<br><br>Div./Ctrm**:** |
| **COMPLAINT** | |

COMES NOW Plaintiff Sami Allam, by and through counsel, McMechan Law LLC the firm and Samuel McMechan, Esq. the attorney, and hereby alleges as follows:

## THE PARTIES

1.  Plaintiff Sami Allam is a resident of El Paso County whose home address is 7980 Smokewood Dr., Colorado Springs, CO 80908.

2.  Defendant BSI Financial Services, according to their own information, is a Pennsylvania corporation, and a d/b/a of Service One, Inc.

    a.  BSI Financial Services headquarters is located at 1425 Greenway Drive, Irving, TX.

    b.  BSI Financial Services has a Colorado office located at 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112.

3.  Defendant Mason McDuffie Mortgage Corp. (MasonMac), according to the Colorado Secretary of State, is a California formed Corporation.

    a.  MasonMac headquarters is located at 12647 Alcosta Blvd Ste 300, San Ramon, CA 94583.



    b.  MasonMac has Colorado offices located in Colorado Springs, Englewood, and Grand Junction.

### JURISDICTION AND VENUE

4. This District Court has jurisdiction over this matter pursuant to §13-1-124(1) because Defendants regularly transact business within this state, and a business transaction within this state resulted in the commission of a tortious act within this state.

5. This District Court also has jurisdiction over this matter pursuant to §13-6-104(1) based on the value of the personal property claimed in an amount exceeding the jurisdiction of County Court.

6. Venue is proper as the personal property claimed was lost following a financial transaction between the old mortgage servicer, Mason McDuffie MTG Corp., and the new mortgage servicer, BSI Financial Services, Inc.; the property mortgaged is located in this El Paso County, and the Plaintiff resides in that home.

### GENERAL ALLEGATIONS

7. All allegations, due dates, and amounts given are according to Plaintiff's information and belief.

8. On April 13, 2023, Mr. Allam executed an application for a residential loan for the property at 7980 Smokewood Dr., Colorado Springs, CO 80908-5629, with MASONMAC. *See EX A, page 8, and 20*

9. The address provided to send payment to was the headquarters of MasonMac in California. At that time MasonMac was servicing their own loan according to the closing documents.

10. The first payment of $3,648.31 was due on June 1, 2023, according to the loan document payment schedule. There was a grace period up to June 16, 2023. That payment was made to MASONMAC within the time allowed and posted to Mr. Allam's account June 21, 2023. *See EX B, proof of payment.*

11. That first payment has in our information and belief still not been credited to Mr. Allam's account. *See EX C, BSI table.*

12. Sometime between April and July, MASONMAC sold the mortgage to BSI. According to BSI, that was April 26, 2023, no more than 13 days after loan execution. *See EX G, Oct 23 letter.*

13. Mr. Allam never received notice from MASONMAC that they were transferring the loan.

14. BSI never notified Mr. Allam that they had received the loan.

15. Mr. Allam's address at the time was listed on the application as 6435 Dancing Star Way, Colorado Springs, CO 80911. Nothing was received from either Defendant at that address

or forwarded to or from it. Mr. Allam was not then even on the mailbox of the house he had just purchased.

16. Mr. Allam checked on his own, by calling MasonMac, and determined that the loan had been transferred from MasonMac to BSI. On July 2, 2023, concerned that there may end up a problem with BSI getting the first payment from MASONMAC, Mr. Allam called in and made a full payment to BSI via ACH.  The representative for BSI in that conversation assured him that nothing could go wrong as RESPA prevented reporting for 60 days.

17. BSI reported the first payment late by July 13, 2023, despite the fact he'd already made the first payment, twice, and despite the fact that he had not known that BSI would service the loan.

18. Subsequent to the residential loan reported as "late" though it was not in fact late, a commercial purchase commenced by 2714 N. Halsted LLC, a Colorado limited liability company, and Mr. Allam fell through because of the drop in personal credit score caused by BSI's late payment report. No other cause for the credit drop exists. Mr. Allam's credit score dropped 141 points in less than 24 hours, to 634. *See EX D, credit score.*

19. The escrow amount for the commercial property purchase was $50,480.81, damages that Mr. Allam suffered soon after the drop in credit score. *See EX I, deal.* A letter sent July 17, 2023 shows the $600,000 secured term loan fell through, we are awaiting further notices from that lender.

20. Mr. Allam called BSI, and a real estate attorney representing Mr. Allam wrote to describe the issue and attempted to compel BSI to correct the credit score to prevent the damages. *See EX K, July 17 Letter.* BSI did not correct their mistake quickly, taking months to correct it.

21. The BSI MSR Transaction Management representative, Fernando Adame, wrote an email July 18, 2023 and admitted: "the code to add RESPA to your account failed when your loan was boarded. RESPA protects the borrower during the transfer period for 60 days. During that time, the servicer will not report any late payments." *See EX E, letter admitting error.*

22. BSI also wrote a letter for credit reporting purposes admitting that the delinquency was in error. *See EX F, BSI Letter of Error.*

23. The letter written October 23, 2023, states incorrectly that the payment for June 1, 2023 was delinquent and was received on July 5, 2023. *See EX G, Oct 23 letter.*

24. The October 23 letter also references and includes an April 27 letter, that was never received by Mr. Allam, attempting to inform him of the transfer from the original mortgagor and servicer, MasonMac, to the servicer, BSI. The letter shows Mr. Allam's address as that of the new house to which there was no post office box yet in Mr. Allam's

name. Such a crucial notice should have been sent to all known addresses, and his current address was also listed. *See EX J, April 27 Letter.*

25. The July payment was actually the second payment, and it was on time within the grace period allowed for the July payment. *See EX H, Mortgage Statements.*

## FIRST CLAIM FOR RELIEF

### Violation of U.S. Code 12 USC § 2605, Servicing of mortgage loans

26. Each of the allegations contained in the forgoing paragraphs are incorporated by reference as if stated herein.

27. Both MasonMac and BSI are Persons and Servicers of federally related mortgage loans. MasonMac made and serviced the loan prior to transferring servicing to BSI, who then became the servicer.

28. A servicer "means the person responsible for servicing of a loan (including the person who makes or holds a loan if such person also services the loan)." *12 U.S.C. §2605(i)(2).*

29. A person under the statute means "individuals, corporations, associations, partnerships, and trusts.." *12 U.S.C. §2602(5).*

30. Mr. Allam is an individual, a person intended to be protected by this statute, and this statute was created to address issues like the one presented herein.

31. There must be "not less than" 15 days' notice before AND "no more than 15 days" after the effective date of transfer, by the transferor and transferee that there will be an assignment, sale, or transfer of the servicing of the loan *12 U.S.C. §2605(b)(2)(A) and 12 U.S.C. §2605(c)(2)(A).*

32. Following the effective date of transfer of service of a federally related mortgage loan, for 60 days, payments on the loan cannot be treated as late payments if received by the transferor rather than the transferee, so long as received by the payment date. *12 U.S.C. §2605(d).*

33. The effective date of transfer is "the date on which the mortgage payment of a borrower is first due to the transferee servicer of a mortgage loan pursuant to the assignment, sale, or transfer of the servicing of the mortgage loan." *12 U.S.C. §2605(i)(1).*

34. Mr. Allam was not provided notice by MasonMac that the loan was to be transferred for servicing.

35. Mr. Allam was not provided notice by BSI that the loan was transferred in less than 15 days afterwards per the statute listed above but found out about the transfer 2 months and several days later.

36. BSI purported to send notice on April 27, 2023, before the effective date of transfer, but the notice was not received until it was included with the October 23 letter. The notice was also not a joint notice.

37. MasonMac and BSI rushed to assign the loan to BSI for servicing and failed to act according to the duty created by the statute above.

38. Mr. Allam gave notice to BSI that there was an error made July 2, 2023, and made a second payment at that time. He was given assurances by the BSI agent that due to RESPA he would not be reported to credit reporting agencies.

39. BSI reported the payment late on July 13, 2023 to credit reporting agencies, and this was less than 60 days following the effective date of transfer of the loan.

40. By July 18, BSI realized their error and sent an email and a letter to Mr. Allam apologizing and admitting their error. Mr. Allam made two payments by then and was not even credited for the payment MasonMac had received and which posted as cleared by Mr. Allam's bank June 21, 2023.

41. BSI knew or should have known that there was an issue with the assignment of the loan for servicing and filed an incorrect report with the credit reporting agencies, by reporting the second payment as a late first payment on July 5, 2023.

42. By reporting a late payment, that was not late, nor was it the first payment but the second, the Defendant BSI violated this U.S. Code, and caused the damage to Mr. Allam's credit score, and caused the loss of escrow in a deal with a 3rd party when that fell through.

43. According to the U.S. Code listed above, damages will be any actual damages, and additional damages of up to $2000 based on pattern or practice, plus attorney fees and the costs of this action. *12 U.S.C. §2605(f)(1 and 3).*

44. Wherefore, Plaintiff demands judgment against Defendants in the amount established by the evidence, attorney fees, and costs.


## SECOND CLAIM FOR RELIEF

### Negligence and Negligence Per Se

45. Each of the allegations contained in the forgoing paragraphs are incorporated by reference as if stated herein.

46. Plaintiff and Defendants were in a special relationship, as borrower/lender and borrower/loan servicer. Plaintiff Mr. Allam depended upon the Defendants to perform their services competently and according to the laws as stated above.

47. Defendants had a duty to process the transfer of servicing, give proper notices, and to report correct information.

48. Defendants undertook to render services that were reasonably calculated to prevent the harm that befell Mr. Allam.

49. Defendants actions greatly increased the risk that Mr. Allam would be damaged by their actions.

50. It was foreseeable that damage to Mr. Allam's credit score would result from their report that he was late in making his payments.

51. Duties imposed on Defendants are from US Code and thus independent of a breach of contract, and so the economic loss rule does not apply to bar a claim of negligence.

52. The purpose of the statutes in US Code above was to protect against the type of injuries or losses Mr. Allam suffered.

53. Mr. Allam is a member of the group of persons the statutes above were intended to protect.

## **THIRD CLAIM FOR RELIEF**

### **Libel/Slander**

54. Each of the allegations contained in the forgoing paragraphs are incorporated by reference as if stated herein.

55. Credit reports are purely commercial communications made in the course of business, and are in effect not a matter of public interest but specialized information for a specific audience.

56. The credit report filed by BSI was demonstrably false assertions of fact, not made as an opinion, and made to an audience which would reasonably apply less favorable lending rates and less favorable success rates for gaining loans and borrowing money. In fact, the third party reading an unfavorable credit report may rescind an offer on its basis.

57. The statement was defamatory because it damaged Mr. Allam's reputation by lowering him in the estimation of a substantial and respectable minority of the community, in this case lenders.

58. The credit report was published when it was filed.

59. Users of credit report information would reasonably understand that Mr. Allam or his business's "score" that resulted from the statement was intended to refer to Mr. Allam or his business.

60. The credit report caused actual damages to Mr. Allam's credit standing quantified by the loss of escrow monies in a separate commercial loan.

61. The statement made by BSI was that the June payment was late, when it was not late.

62. BSI made the statement/filed the report with reckless disregard as to whether it was false, demonstrated by conversations and correspondence between representatives of BSI and Mr. Allam wherein they stated nothing would be reported per RESPA for at least 60 days.

63. The letters of apology reveal that BSI made some kind of mistake, or failed to investigate what payments may have already been made to MasonMac, and BSI entertained serious doubts about the truth of the publication. "This letter is confirming that the account 7601700034 had been reported delinquent in error." *See EX F, Letter.*

WHEREFORE, Plaintiff Sami Allam respectfully requests the Court:

I. Find Defendants liable for violation of the United States Real Estate Settlement Procedures Act, Negligence Per Se or Negligence, and Libel.

II. Relief sought: Award Plaintiff actual and punitive damages, and per U.S. Code 12 USC § 2605(f), attorney fees, court costs, plus such other relief as the Court deems just and proper.

Respectfully submitted on January 18, 2024.

*Duly signed original on file at the office of Samuel H. McMechan, Esq.*

/s/ *Samuel H. McMechan, Esq.*

Samuel H. McMechan, Esq. #53290
13791 E. Rice Pl., Aurora, CO. 80015
Tele:  720-249-7852

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of January, 2024, a true and correct copy of the Complaint, exhibits, Civil Sheet, Summons of Mason McDuffie, and Summons of Service One, was electronically filed via ICCES and placed for personal service to the following:

*Registered Agent for Mason McDuffie Mortgage Corporation*
1942 Broadway, ste 314C,
Boulder, CO. 80302

*Registered Agent for Service One Inc. d/b/a BSI Financial Services*
Incorp Services, Inc.
36 South 18th Avenue, ste D,
Brighton, CO. 80601

                           *Duly signed original on file at the office of*
                           *Samuel H. McMechan, Esq.*

                           */s/ Elena Loutchiano*
                           *Paralegal*

To be completed by the **Lender:**

Lender Loan No./Universal Loan Identifier 420230345/549300UB5TJ0YPVPVT50342023034516        Agency Case No. _____

# Uniform Residential Loan Application

**Verify and complete the information on this application.** If you are applying for this loan with others, each additional Borrower must provide information as directed by your Lender.

## Section 1: Borrower Information. This section asks about your personal information and your income from employment and other sources, such as retirement, that you want considered to qualify for this loan.

DATE FILED: January 18, 2024 3:17 PM
FILING ID: 34D011A1E5E00C
CASE NUMBER: 2024CV30107

### 1a. Personal Information

**Name** *(First, Middle, Last, Suffix)*
Sami Allam

**Alternate Names** – *List any names by which you are known or any names under which credit was previously received (First, Middle, Last, Suffix)*

**Social Security Number** 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
*(or Individual Taxpayer Identification Number)*

**Date of Birth**
*(mm/dd/yyyy)*
09/02/1992

**Citizenship**
◉ U.S. Citizen
○ Permanent Resident Alien
○ Non-Permanent Resident Alien

**Type of Credit**
◉ I am applying for individual credit.
○ I am applying for joint credit. Total Number of Borrowers: _____

Each Borrower intends to apply for joint credit. *Your initials:* _____

**List Name(s) of Other Borrower(s) Applying for this Loan**
*(First, Middle, Last, Suffix) - Use a separator between names*

**Marital Status**
◉ Married
○ Separated
○ Unmarried

*(Single, Divorced, Widowed, Civil Union, Domestic Partnership, Registered Reciprocal Beneficiary Relationship)*

**Dependents** *(not listed by another Borrower)*
Number 1
Ages 2

**Contact Information**
Home Phone 312-998-5756
Cell Phone 312-998-5756
Work Phone 312-998-5756        Ext. _____
Email mr.samallam@gmail.com

**Current Address**
Street 6435 Dancing Star Way                                        Unit # _____
City Colorado Springs        State CO        ZIP 80911        Country US
How Long at Current Address? 1 Years 1 Months    Housing ○ No primary housing expense  ◉ Own  ○ Rent ($ _____ /month)

**If at Current Address for LESS than 2 years, list Former Address**    ☐ Does not apply
Street 12 overlook circle                                             Unit # _____
City mount marion        State NY        ZIP 12456        Country US
How Long at Former Address? 2 Years 1 Months    Housing ○ No primary housing expense  ◉ Own  ○ Rent ($ _____ /month)

**Mailing Address** – *if different from Current Address*    ☒ Does not apply
Street                                                               Unit # _____
City _____ State _____ ZIP _____ Country _____

### 1b. Current Employment/Self Employment and Income    ☐ Does not apply

Employer or Business Name Fiserv, Inc.        Phone 312-998-5756
Street 255 fiserv drive                    Unit # _____
City brookfield        State WI        ZIP 53045        Country US

Position or Title Sales Executive II
Start Date 07 / 30 / 2019    *(mm/dd/yyyy)*
How long in this line of work? 5 Years 1 Months

☐ Check if you are the Business Owner or Self-Employed
○ I have an ownership share of less than 25%.
○ I have an ownership share of 25% or more.
Monthly Income (or Loss)

**Check if this statement applies:**
☐ I am employed by a family member, property seller, real estate agent, or other party to the transaction.

**Gross Monthly Income**
| | | |
|---|---|---|
| Base | $7,974.26 | /month |
| Overtime | | /month |
| Bonus | | /month |
| Commission | $19,882.38 | /month |
| Military Entitlements | | /month |
| Other | | /month |
| TOTAL | $27,856.64 | /month |

### 1c. IF APPLICABLE, Complete Information for Additional Employment/Self Employment and Income    ☒ Does not apply

Uniform Residential Loan Application
Freddie Mac Form 65 · Fannie Mae Form 1003
*Effective 1/2021*

1 of 11

GURLA20_S 0718
GURLA20S    (CLS)



**1d. IF APPLICABLE, Complete Information for Previous Employment/Self Employment and Income** ☒ *Does not apply*

**1e. Income from Other Sources** ☒ *Does not apply*

# Section 2: Financial Information — Assets and Liabilities. This section asks about things
you own that are worth money and that you want considered to qualify for this loan. It then asks about your liabilities (or debts) that you pay each month, such as credit cards, alimony, or other expenses.

**2a. Assets - Bank Accounts, Retirement, and Other Accounts You Have**

Include all accounts below. Under Account Type, choose from the types listed here:

- Checking
- Savings
- Money Market
- Certificate of Deposit
- Mutual Fund
- Stocks
- Stock Options
- Bonds
- Retirement *(e.g., 401k, IRA)*
- Bridge Loan Proceeds
- Individual Development Account
- Trust Account
- Cash Value of Life Insurance *(used for the transaction)*

| Account Type – *use list above* | Financial Institution | Account Number | Cash or Market Value |
|---|---|---|---|
| Checking Account | Aventa Credit Union | 2122-71 | $86,616.20 |
| Savings Account | Aventa Credit Union | 2122-00 | $5.04 |
| | | | |
| | | | |
| | | Provide TOTAL Amount Here | $86,621.24 |

**2b. Other Assets and Credits You Have** ☒ *Does not apply*

**2c. Liabilities - Credit Cards, Other Debts, and Leases that You Owe** ☐ *Does not apply*

List all liabilities below (except real estate) and include deferred payments. Under Account Type, choose from the types listed here:
- Revolving *(e.g., credit cards)*  • Installment *(e.g., car, student, personal loans)*  • Open 30-Day *(balance paid monthly)*  • Lease *(not real estate)*  • Other

| Account Type – *use list above* | Company Name | Account Number | Unpaid Balance | To be paid off at or before closing | Monthly Payment |
|---|---|---|---|---|---|
| Installment | AVENTA CREDIT UNION | 92122001 | $44,635.00 | ☐ | $664.00 |
| Installment | DEPTEDNELNET | 900000585748119 | $5,118.00 | ☐ | $51.18 |
| Installment | DEPTEDNELNET | 900000585748219 | $3,971.00 | ☐ | $39.71 |
| Installment | DEPTEDNELNET | 900000585748319 | $2,533.00 | ☐ | $25.33 |
| Installment | DEPTEDNELNET | 900000585748019 | $2,509.00 | ☐ | $25.09 |
| Installment | DEPTEDNELNET | 900000585748419 | $1,198.00 | ☐ | $11.98 |
| Open 30 Days Charge Account | AMEX | -34999******62143 | $1.00 | ☐ | $1.00 |

**2d. Other Liabilities and Expenses** ☒ *Does not apply*

Borrower Name: Sami Allam

Uniform Residential Loan Application

Freddie Mac Form 65 • Fannie Mae Form 1003

Effective 1/2021

2 of 11

GURLA20_S 0718

GURLA20S   (CLS)



# Section 3: Financial Information — Real Estate.

This section asks you to list all properties you currently own and what you owe on them.  ☐ *I do not own any real estate*

## 3a. Property You Own
**If you are refinancing, list the property you are refinancing FIRST.**

Address  Street 6435 Dancing Star Way                                    Unit #
City Colorado Springs                    State CO       ZIP 80911        Country US

| Property Value | Status: Sold, Pending Sale, or Retained | Intended Occupancy: Investment, Primary Residence, Second Home, Other | Monthly Insurance, Taxes, Association Dues, etc. *if not included in Monthly Mortgage Payment* | For 2-4 Unit Primary or Investment Property | |
|---|---|---|---|---|---|
| | | | | Monthly Rental Income | For LENDER to calculate: Net Monthly Rental Income |
| $441,100.00 | Retained | Investment | | $ | $(2,006.00) |

Mortgage Loans on this Property   ☐ *Does not apply*

| Creditor Name | Account Number | Monthly Mortgage Payment | Unpaid Balance | *To be paid off at or before closing* | Type: FHA, VA, Conventional, USDA-RD, Other | Credit Limit *(if applicable)* |
|---|---|---|---|---|---|---|
| PROVIDENT FUNDING ASSO | 4631120096 | $2,006.00 | $387,922.00 | ☐ | | |
| | | | | ☐ | | |

## 3b. IF APPLICABLE, Complete Information for Additional Property   ☐ *Does not apply*

Address  Street 7639 davis st                                           Unit #
City morton grove                        State IL       ZIP 60053        Country US

| Property Value | Status: Sold, Pending Sale, or Retained | Intended Occupancy: Investment, Primary Residence, Second Home, Other | Monthly Insurance, Taxes, Association Dues, etc. *if not included in Monthly Mortgage Payment* | For 2-4 Unit Primary or Investment Property | |
|---|---|---|---|---|---|
| | | | | Monthly Rental Income | For LENDER to calculate: Net Monthly Rental Income |
| $440,000.00 | Retained | Investment | $718.60 | $ | $(718.60) |

Mortgage Loans on this Property   ☒ *Does not apply*

## 3c. IF APPLICABLE, Complete Information for Additional Property   ☐ *Does not apply*

Address  Street 247 reno dr                                             Unit #
City wright                              State WY       ZIP 82732        Country US

| Property Value | Status: Sold, Pending Sale, or Retained | Intended Occupancy: Investment, Primary Residence, Second Home, Other | Monthly Insurance, Taxes, Association Dues, etc. *if not included in Monthly Mortgage Payment* | For 2-4 Unit Primary or Investment Property | |
|---|---|---|---|---|---|
| | | | | Monthly Rental Income | For LENDER to calculate: Net Monthly Rental Income |
| $200,000.00 | Retained | Investment | | $ | $(391.00) |

Mortgage Loans on this Property   ☐ *Does not apply*

| Creditor Name | Account Number | Monthly Mortgage Payment | Unpaid Balance | *To be paid off at or before closing* | Type: FHA, VA, Conventional, USDA-RD, Other | Credit Limit *(if applicable)* |
|---|---|---|---|---|---|---|
| PENTAGON FCU | 417210342 | $391.00 | $50,303.00 | ☐ | | |
| | | | | ☐ | | |

## 3d. IF APPLICABLE, Complete Information for Additional Property   ☐ *Does not apply*

Address  Street 8700 Gregory Lane                                      Unit 107
City Des Plaines                         State IL       ZIP 60016        Country US

| Property Value | Status: Sold, Pending Sale, or Retained | Intended Occupancy: Investment, Primary Residence, Second Home, Other | Monthly Insurance, Taxes, Association Dues, etc. *if not included in Monthly Mortgage Payment* | For 2-4 Unit Primary or Investment Property | |
|---|---|---|---|---|---|
| | | | | Monthly Rental Income | For LENDER to calculate: Net Monthly Rental Income |
| $187,000.00 | Retained | Investment | $453.17 | $ | $(453.17) |

Mortgage Loans on this Property   ☒ *Does not apply*



# Section 4: Loan and Property Information.
This section asks about the loan's purpose and the property you want to purchase or refinance.

## 4a. Loan and Property Information

Loan Amount $ 477,000.00    Loan Purpose  ⦿ Purchase  ◯ Refinance  ◯ Other *(specify)* _____

Property Address  Street 7980 SMOKEWOOD DR    Unit # _____

City COLORADO SPRINGS    State CO    ZIP 80908-5629    County El Paso

Number of Units 1    Property Value $ 535,000.00

Occupancy    ⦿ Primary Residence    ◯ Second Home    ◯ Investment Property    FHA Secondary Residence ☐

1. **Mixed-Use Property.** If you will occupy the property, will you set aside space within the property to operate your own business? *(e.g., daycare facility, medical office, beauty/barber shop)*    ⦿ NO ◯ YES

2. **Manufactured Home.** Is the property a manufactured home? *(e.g., a factory built dwelling built on a permanent chassis)*    ⦿ NO ◯ YES

## 4b. Other New Mortgage Loans on the Property You Are Buying or Refinancing    ☐ *Does not apply*

| Creditor Name | Lien Type | Monthly Payment | Loan Amount/Amount to be Drawn | Credit Limit *(if applicable)* |
|---|---|---|---|---|
| | ◯ First Lien ◯ Subordinate Lien | $ | $ | $ |
| | ◯ First Lien ◯ Subordinate Lien | $ | $ | $ |

## 4c. Rental Income on the Property You Want to Purchase    For Purchase Only ☐ *Does not apply*

| Complete if the property is a 2-4 Unit Primary Residence or an Investment Property | Amount |
|---|---|
| Expected Monthly Rental Income | $ |
| For LENDER to calculate: Expected Net Monthly Rental Income | $ |

## 4d. Gifts or Grants You Have Been Given or Will Receive for this Loan    ☐ *Does not apply*

Include all gifts and grants below. Under Source, choose from the sources listed here:
- Community Nonprofit
- Employer
- Federal Agency
- Local Agency
- Relative
- Religious Nonprofit
- State Agency
- Unmarried Partner
- Lender
- Other

| Asset Type: Cash Gift, Gift of Equity, Grant | Deposited/Not Deposited | Source – *use list above* | Cash or Market Value |
|---|---|---|---|
| | ◯ Deposited  ◯ Not Deposited | | $ |
| | ◯ Deposited  ◯ Not Deposited | | $ |

Borrower Name: Sami Allam
Uniform Residential Loan Application
Freddie Mac Form 65 · Fannie Mae Form 1003
Effective 1/2021

4 of 11

GURLA20_S 0718
GURLA20S    (CLS)

DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

# Section 5: Declarations. This section asks you specific questions about the property, your funding, and your past financial history.

## 5a. About this Property and Your Money for this Loan

A. Will you occupy the property as your primary residence?  ○ NO  ◉ YES
   If YES, have you had an ownership interest in another property in the last three years?  ○ NO  ◉ YES
   If YES, complete (1) and (2) below:
   (1) What type of property did you own: primary residence (PR), FHA secondary residence (SR), second home (SH), or investment property (IP)?  IP _____
   (2) How did you hold title to the property: by yourself (S), jointly with your spouse (SP), or jointly with another person (O)?  S _____

B. If this is a Purchase Transaction: Do you have a family relationship or business affiliation with the seller of the property?  ◉ NO  ○ YES

C. Are you borrowing any money for this real estate transaction (e.g., money for your closing costs or down payment) or obtaining any money from another party, such as the seller or realtor, that you have not disclosed on this loan application?  ◉ NO  ○ YES
   If YES, what is the amount of this money?  $ _____

D. 1. Have you or will you be applying for a mortgage loan on another property (not the property securing this loan) on or before closing this transaction that is not disclosed on this loan application?  ◉ NO  ○ YES
   2. Have you or will you be applying for any new credit (e.g., installment loan, credit card, etc.) on or before closing this loan that is not disclosed on this application?  ◉ NO  ○ YES

E. Will this property be subject to a lien that could take priority over the first mortgage lien, such as a clean energy lien paid through your property taxes (e.g., the Property Assessed Clean Energy Program)?  ◉ NO  ○ YES

## 5b. About Your Finances

F. Are you a co-signer or guarantor on any debt or loan that is not disclosed on this application?  ◉ NO  ○ YES

G. Are there any outstanding judgments against you?  ◉ NO  ○ YES

H. Are you currently delinquent or in default on a Federal debt?  ◉ NO  ○ YES

I. Are you a party to a lawsuit in which you potentially have any personal financial liability?  ◉ NO  ○ YES

J. Have you conveyed title to any property in lieu of foreclosure in the past 7 years?  ◉ NO  ○ YES

K. Within the past 7 years, have you completed a pre-foreclosure sale or short sale, whereby the property was sold to a third party and the Lender agreed to accept less than the outstanding mortgage balance due?  ◉ NO  ○ YES

L. Have you had property foreclosed upon in the last 7 years?  ◉ NO  ○ YES

M. Have you declared bankruptcy within the past 7 years?  ◉ NO  ○ YES
   If YES, identify the type(s) of bankruptcy:  ☐ Chapter 7  ☐ Chapter 11  ☐ Chapter 12  ☐ Chapter 13

Borrower Name: Sami Allam
Uniform Residential Loan Application    5 of 11
Freddie Mac Form 65 · Fannie Mae Form 1003
Effective 1/2021
GURLA20_S 0718
GURLA20S    (CLS)

# Section 6: Acknowledgements and Agreements. This section tells you about your legal obligations when you sign this application.

## Acknowledgments and Agreements

Definitions:
- "Lender" includes the Lender's agents, service providers, and any of their successors and assigns.
- "Other Loan Participants" includes (i) any actual or potential owners of a loan resulting from this application (the "Loan"), (ii) acquirers of any beneficial or other interest in the Loan, (iii) any mortgage insurer, (iv) any guarantor, (v) any servicer of the Loan, and (vi) any of these parties' service providers, successors or assigns.

I agree to, acknowledge, and represent the following:

(1) The Complete Information for this Application
- The information I have provided in this application is true, accurate, and complete as of the date I signed this application.
- If the information I submitted changes or I have new information before closing of the Loan, I must change and supplement this application, including providing any updated/supplemented real estate sales contract.
- For purchase transactions: The terms and conditions of any real estate sales contract signed by me in connection with this application are true, accurate, and complete to the best of my knowledge and belief. I have not entered into any other agreement, written or oral, in connection with this real estate transaction.
- The Lender and Other Loan Participants may rely on the information contained in the application before and after closing of the Loan.
- Any intentional or negligent misrepresentation of information may result in the imposition of:
  (a) civil liability on me, including monetary damages, if a person suffers any loss because the person relied on any misrepresentation that I have made on this application, and/or
  (b) criminal penalties on me including, but not limited to, fine or imprisonment or both under the provisions of Federal law (18 U.S.C. §§ 1001 *et seq.*).

(2) The Property's Security
The Loan I have applied for in this application will be secured by a mortgage or deed of trust which provides the Lender a security interest in the property described in this application.

(3) The Property's Appraisal, Value, and Condition
- Any appraisal or value of the property obtained by the Lender is for use by the Lender and Other Loan Participants.
- The Lender and Other Loan Participants have not made any representation or warranty, express or implied, to me about the property, its condition, or its value.

(4) Electronic Records and Signatures
- The Lender and Other Loan Participants may keep any paper record and/or electronic record of this application, whether or not the Loan is approved.

- If this application is created as (or converted into) an "electronic application", I consent to the use of "electronic records" and "electronic signatures" as the terms are defined in and governed by applicable Federal and/or state electronic transactions laws.
- I intend to sign and have signed this application either using my:
  (a) electronic signature; or
  (b) a written signature and agree that if a paper version of this application is converted into an electronic application, the application will be an electronic record, and the representation of my written signature on this application will be my binding electronic signature.
- I agree that the application, if delivered or transmitted to the Lender or Other Loan Participants as an electronic record with my electronic signature, will be as effective and enforceable as a paper application signed by me in writing.

(5) Delinquency
- The Lender and Other Loan Participants may report information about my account to credit bureaus. Late payments, missed payments, or other defaults on my account may be reflected in my credit report and will likely affect my credit score.
- If I have trouble making my payments I understand that I may contact a HUD-approved housing counseling organization for advice about actions I can take to meet my mortgage obligations.

(6) Authorization for Use and Sharing of Information
By signing below, in addition to the representations and agreements made above, I expressly authorize the Lender and Other Loan Participants to obtain, use, and share with each other (i) the loan application and related loan information and documentation, (ii) a consumer credit report on me, and (iii) my tax return information, as necessary to perform the actions listed below, for so long as they have an interest in my loan or its servicing:
  (a) process and underwrite my loan;
  (b) verify any data contained in my consumer credit report, my loan application and other information supporting my loan application;
  (c) inform credit and investment decisions by the Lender and Other Loan Participants;
  (d) perform audit, quality control, and legal compliance analysis and reviews;
  (e) perform analysis and modeling for risk assessments;
  (f) monitor the account for this loan for potential delinquencies and determine any assistance that may be available to me; and
  (g) other actions permissible under applicable law.

Borrower Signature 
Sami Allam

Date (mm/dd/yyyy) **4/13/2023**

Borrower Name: Sami Allam
Uniform Residential Loan Application                6 of 11
Freddie Mac Form 65 · Fannie Mae Form 1003
Effective 1/2021

GURLA20_S 0718
GURLA20S   (CLS)

DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

# Section 7: Military Service. This section asks questions about your (or your deceased spouse's) military service.

## Military Service of Borrower

Military Service – Did you (or your deceased spouse) ever serve, or are you currently serving, in the United States Armed Forces? ◉ NO ○ YES

*If YES, check all that apply:* ☐ Currently serving on active duty with projected expiration date of service/tour ____ / ____ / _____ *(mm/dd/yyyy)*
☐ Currently retired, discharged, or separated from service
☐ Only period of service was as a non-activated member of the Reserve or National Guard
☐ Surviving spouse

# Section 8: Demographic Information. This section asks about your ethnicity, sex, and race.

## Demographic Information of Borrower

**The purpose of collecting this information** is to help ensure that all applicants are treated fairly and that the housing needs of communities and neighborhoods are being fulfilled. For residential mortgage lending, Federal law requires that we ask applicants for their demographic information (ethnicity, sex, and race) in order to monitor our compliance with equal credit opportunity, fair housing, and home mortgage disclosure laws. You are not required to provide this information, but are encouraged to do so. You may select one or more designations for "Ethnicity" and one or more designations for "Race." **The law provides that we may not discriminate** on the basis of this information, or on whether you choose to provide it. However, if you choose not to provide the information and you have made this application in person, Federal regulations require us to note your ethnicity, sex, and race on the basis of visual observation or surname. The law also provides that we may not discriminate on the basis of age or marital status information you provide in this application. If you do not wish to provide some or all of this information, please check below.

**Ethnicity:** *Check one or more*
☐ Hispanic or Latino
  ☐ Mexican ☐ Puerto Rican ☐ Cuban
  ☐ Other Hispanic or Latino – *Print origin:*
  _____
  *For example: Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, and so on.*
☐ Not Hispanic or Latino
☒ I do not wish to provide this information

**Sex**
☐ Female
☐ Male
☒ I do not wish to provide this information

**Race:** *Check one or more*
☐ American Indian or Alaska Native – *Print name of enrolled or principal tribe:* _____
☐ Asian
  ☐ Asian Indian ☐ Chinese ☐ Filipino
  ☐ Japanese ☐ Korean ☐ Vietnamese
  ☐ Other Asian – *Print race:* _____
  *For example: Hmong, Laotian, Thai, Pakistani, Cambodian, and so on.*
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
  ☐ Native Hawaiian ☐ Guamanian or Chamorro ☐ Samoan
  ☐ Other Pacific Islander – *Print race:* _____
  *For example: Fijian, Tongan, and so on.*
☐ White
☒ I do not wish to provide this information

### To Be Completed by Financial Institution *(for application taken in person):*

Was the ethnicity of the Borrower collected on the basis of visual observation or surname? ○ NO ○ YES
Was the sex of the Borrower collected on the basis of visual observation or surname? ○ NO ○ YES
Was the race of the Borrower collected on the basis of visual observation or surname? ○ NO ○ YES

### The Demographic Information was provided through:

○ Face-to-Face Interview (*includes Electronic Media w/ Video Component*) ○ Telephone Interview ○ Fax or Mail ◉ Email or Internet

Borrower Name: Sami Allam
Uniform Residential Loan Application
Freddie Mac Form 65 • Fannie Mae Form 1003
*Effective 1/2021*
7 of 11
GURLA20_S 0718
GURLA20S (CLS)

## Section 9: Loan Originator Information. To be completed by your **Loan Originator**.

### Loan Originator Information

Loan Originator Organization Name  Mason McDuffie Mortgage Corporation

Address  7222 Commerce Center Drive, Unit 210, Colorado Springs, CO 80919

Loan Originator Organization NMLSR ID#  1141                    State License ID#

Loan Originator Name  Patrick Brock

Loan Originator NMLSR ID#  1350224                    State License ID#

Email  pbrock@masonmac.com                    Phone  720-640-8218

Signature _____  Date *(mm/dd/yyyy)* _____

DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

| *To be completed by the **Lender:*** |
|---|
| Lender Loan No./Universal Loan Identifier 420230345/549300UB5TJ0YPVPT50342023034516 _____  Agency Case No. _____ |

# Uniform Residential Loan Application — Unmarried Addendum

**For Borrower Selecting the Unmarried Status**

**Lenders Instructions for Using the Unmarried Addendum**
The Lender may use the Unmarried Addendum only when a Borrower selected "Unmarried" in Section 1 and the information collected is necessary to determine how State property laws directly or indirectly affecting creditworthiness apply, including ensuring clear title.

For example, the Lender may use the Unmarried Addendum when the Borrower resides in a State that recognizes civil unions, domestic partnerships, or registered reciprocal beneficiary relationships or when the property is located in such a State. "State" means any state, the District of Columbia, the Commonwealth of Puerto Rico, or any territory or possession of the United States.

If you selected "Unmarried" in Section 1, is there a person who is not your legal spouse but who currently has real property rights similar to those of a legal spouse? ◉ NO ○ YES

If YES, indicate the type of relationship and the State in which the relationship was formed. For example, indicate if you are in a civil union, domestic partnership, registered reciprocal beneficiary relationship, or other relationship recognized by the State in which you currently reside or where the property is located.

○ Civil Union    ○ Domestic Partnership    ○ Registered Reciprocal Beneficiary Relationship    ○ Other *(explain)* _____

State _____

To be completed by the *Lender:*
Lender Loan No./Universal Loan Identifier 420230345/549300UB5TJ0YPVPT50342023034516    Agency Case No. _____

# Uniform Residential Loan Application — Lender Loan Information

This section is completed by your Lender.

## L1. Property and Loan Information

Community Property State
☐ At least one borrower lives in a community property state.
☐ The property is in a community property state.

Transaction Detail
☐ Conversion of Contract for Deed or Land Contract
☐ Renovation
☐ Construction-Conversion/Construction-to-Permanent
  ○ Single-Closing ○ Two-Closing
Construction/Improvement Costs $ _____
Lot Acquired Date ____ / ____ / _____ (mm/dd/yyyy)
Original Cost of Lot $ _____

Refinance Type
○ No Cash Out
○ Limited Cash Out
○ Cash Out

Refinance Program
○ Full Documentation
○ Interest Rate Reduction
○ Streamlined without Appraisal
○ Other _____

Energy Improvement
☐ Mortgage loan will finance energy-related improvements.
☐ Property is currently subject to a lien that could take priority over the first mortgage lien, such as a clean energy lien paid for through property taxes *(e.g., the Property Assessed Clean Energy program).*

Project Type    ☐ Condominium    ☐ Cooperative    ☒ Planned Unit Development (PUD)    ☐ Property is not located in a project

## L2. Title Information

Title to the Property Will be Held in What Name(s):
Sami Allam

For Refinance: Title to the Property is Currently Held in What Name(s):

Estate Will be Held in
○ Fee Simple
○ Leasehold Expiration Date ____ / ____ / _____ (mm/dd/yyyy)

Manner in Which Title Will be Held
○ Sole Ownership        ○ Joint Tenancy with Right of Survivorship
○ Life Estate           ○ Tenancy by the Entirety
○ Tenancy in Common     ● Other

Trust Information
○ Title Will be Held by an *Inter Vivos (Living)* Trust
○ Title Will be Held by a Land Trust

Indian Country Land Tenure
○ Fee Simple On a Reservation
○ Individual Trust Land *(Allotted/Restricted)*
○ Tribal Trust Land On a Reservation
○ Tribal Trust Land Off Reservation
○ Alaska Native Corporation Land

## L3. Mortgage Loan Information

Mortgage Type Applied For
● Conventional    ○ USDA-RD
○ FHA    ○ VA    ○ Other: _____

Terms of Loan
Note Rate 6.490 %
Loan Term 360 *(months)*

Mortgage Lien Type
● First Lien
○ Subordinate Lien

Amortization Type
● Fixed Rate    ○ Other *(explain):*
○ Adjustable Rate
  If Adjustable Rate:
  Initial Period Prior to First Adjustment _____ *(months)*
  Subsequent Adjustment Period _____ *(months)*

Loan Features
☐ Balloon / Balloon Term _____ *(months)*
☐ Interest Only / Interest Only Term _____ *(months)*
☐ Negative Amortization
☐ Prepayment Penalty / Prepayment Penalty Term _____ *(months)*
☐ Temporary Interest Rate Buydown / Initial Buydown Rate _____ %
☐ Other *(explain):* _____

Proposed Monthly Payment for Property
| | |
|---|---|
| First Mortgage *(P & I)* | $ 3,011.83 |
| Subordinate Lien(s) *(P & I)* | $ |
| Homeowner's Insurance | $ 188.71 |
| Supplemental Property Insurance | $ |
| Property Taxes | $ 268.89 |
| Mortgage Insurance | $ 178.88 |
| Association/Project Dues *(Condo, Co-Op, PUD)* | $ 21.67 |
| Other | $ |
| Total | $ 3,669.98 |

Borrower Name(s): Sami Allam
Uniform Residential Loan Application — Lender Loan Information    10 of 11
Freddie Mac Form 65 · Fannie Mae Form 1003
Effective 1/2021

GURLA20_S 0718
GURLA20S    (CLS)

## L4. Qualifying the Borrower – Minimum Required Funds or Cash Back

**DUE FROM BORROWER(S)**

| | |
|---|---|
| A. Sales Contract Price | $ 530,000.00 |
| B. Improvements, Renovations, and Repairs | $ |
| C. Land *(if acquired separately)* | $ |
| D. For Refinance: Balance of Mortgage Loans on the Property to be paid off in the Transaction *(See Table 3a. Property You Own)* | $ |
| E. Credit Cards and Other Debts Paid Off *(See Table 2c. Liabilities — Credit Cards, Other Debts, and Leases that You Owe)* | $ |
| F. Borrower Closing Costs *(including Prepaid and Initial Escrow Payments)* | $ 7,301.93 |
| G. Discount Points | $ 9,768.96 |
| H. TOTAL DUE FROM BORROWER(s) *(Total of A thru G)* | $ 547,070.89 |

**TOTAL MORTGAGE LOANS**

| | |
|---|---|
| I. Loan Amount<br>  Loan Amount Excluding Financed Mortgage Insurance *(or Mortgage Insurance Equivalent)* $ 477,000.00<br>  Financed Mortgage Insurance *(or Mortgage Insurance Equivalent)* Amount $ | $ 477,000.00 |
| J. Other New Mortgage Loans on the Property the Borrower(s) is Buying or Refinancing *(See Table 4b. Other New Mortgage Loans on the Property You are Buying or Refinancing)* | $ |
| K. TOTAL MORTGAGE LOANS *(Total of I and J)* | $ 477,000.00 |

**TOTAL CREDITS**

| | |
|---|---|
| L. Seller Credits *(Enter the amount of Borrower(s) costs paid by the property seller)* | $ |
| M. Other Credits *(Enter the sum of all other credits — Borrower Paid Fees, Earnest Money, Employer Assisted Housing, Lease Purchase Fund, Lot Equity, Relocation Funds, Sweat Equity, Trade Equity, Other)* | $ 14,770.00 |
| N. TOTAL CREDITS *(Total of L and M)* | $ 14,770.00 |

**CALCULATION**

| | |
|---|---|
| TOTAL DUE FROM BORROWER(s) *(Line H)* | $ 547,070.89 |
| LESS TOTAL MORTGAGE LOANS *(Line K)* AND TOTAL CREDITS *(Line N)* | - $ 491,770.00 |
| Cash From/To the Borrower *(Line H minus Line K and Line N)*<br>NOTE: This amount does not include reserves or other funds that may be required by the Lender to be verified. | $ 55,300.89 |

Borrower Name(s): Sami Allam
Uniform Residential Loan Application — Lender Loan Information          11 of 11
Freddie Mac Form 65 · Fannie Mae Form 1003
Effective 1/2021

GURLA20_S 0718
GURLA20S    (CLS)

# AMORTIZATION SCHEDULE

Loan No.:    **420230345**
Borrower(s):  **Sami Allam**

Lender:    **Mason McDuffie Mortgage Corporation**

Date:  **04/14/2023**
Loan Amount: **$477,000.00**
Term:  **30 years**
Interest Rate:  **6.490 %**

| Pmt. # | Pmt. Date | Payment Amount | Principal Portion | Interest Portion | Ending Balance | PMI Pmt. | Resulting LTV % |
|---|---|---|---|---|---|---|---|
| 1 | 06/01/2023 | $3,190.71 | $432.05 | $2,579.78 | $476,567.95 | $178.88 | 89.9185% |
| 2 | 07/01/2023 | $3,190.71 | $434.39 | $2,577.44 | $476,133.56 | $178.88 | 89.8365% |
| 3 | 08/01/2023 | $3,190.71 | $436.74 | $2,575.09 | $475,696.82 | $178.88 | 89.7541% |
| 4 | 09/01/2023 | $3,190.71 | $439.10 | $2,572.73 | $475,257.72 | $178.88 | 89.6713% |
| 5 | 10/01/2023 | $3,190.71 | $441.48 | $2,570.35 | $474,816.24 | $178.88 | 89.5880% |
| 6 | 11/01/2023 | $3,190.71 | $443.87 | $2,567.96 | $474,372.37 | $178.88 | 89.5042% |
| 7 | 12/01/2023 | $3,190.71 | $446.27 | $2,565.56 | $473,926.10 | $178.88 | 89.4200% |
| 8 | 01/01/2024 | $3,190.71 | $448.68 | $2,563.15 | $473,477.42 | $178.88 | 89.3354% |
| 9 | 02/01/2024 | $3,190.71 | $451.11 | $2,560.72 | $473,026.31 | $178.88 | 89.2502% |
| 10 | 03/01/2024 | $3,190.71 | $453.55 | $2,558.28 | $472,572.76 | $178.88 | 89.1647% |
| 11 | 04/01/2024 | $3,190.71 | $456.00 | $2,555.83 | $472,116.76 | $178.88 | 89.0786% |
| 12 | 05/01/2024 | $3,190.71 | $458.47 | $2,553.36 | $471,658.29 | $178.88 | 88.9921% |
| 13 | 06/01/2024 | $3,190.71 | $460.94 | $2,550.89 | $471,197.35 | $178.88 | 88.9052% |
| 14 | 07/01/2024 | $3,190.71 | $463.44 | $2,548.39 | $470,733.91 | $178.88 | 88.8177% |
| 15 | 08/01/2024 | $3,190.71 | $465.94 | $2,545.89 | $470,267.97 | $178.88 | 88.7298% |
| 16 | 09/01/2024 | $3,190.71 | $468.46 | $2,543.37 | $469,799.51 | $178.88 | 88.6414% |
| 17 | 10/01/2024 | $3,190.71 | $471.00 | $2,540.83 | $469,328.51 | $178.88 | 88.5525% |
| 18 | 11/01/2024 | $3,190.71 | $473.54 | $2,538.29 | $468,854.97 | $178.88 | 88.4632% |
| 19 | 12/01/2024 | $3,190.71 | $476.11 | $2,535.72 | $468,378.86 | $178.88 | 88.3734% |
| 20 | 01/01/2025 | $3,190.71 | $478.68 | $2,533.15 | $467,900.18 | $178.88 | 88.2831% |
| 21 | 02/01/2025 | $3,190.71 | $481.27 | $2,530.56 | $467,418.91 | $178.88 | 88.1922% |
| 22 | 03/01/2025 | $3,190.71 | $483.87 | $2,527.96 | $466,935.04 | $178.88 | 88.1010% |
| 23 | 04/01/2025 | $3,190.71 | $486.49 | $2,525.34 | $466,448.55 | $178.88 | 88.0092% |
| 24 | 05/01/2025 | $3,190.71 | $489.12 | $2,522.71 | $465,959.43 | $178.88 | 87.9169% |
| 25 | 06/01/2025 | $3,190.71 | $491.77 | $2,520.06 | $465,467.66 | $178.88 | 87.8241% |
| 26 | 07/01/2025 | $3,190.71 | $494.43 | $2,517.40 | $464,973.23 | $178.88 | 87.7308% |
| 27 | 08/01/2025 | $3,190.71 | $497.10 | $2,514.73 | $464,476.13 | $178.88 | 87.6370% |
| 28 | 09/01/2025 | $3,190.71 | $499.79 | $2,512.04 | $463,976.34 | $178.88 | 87.5427% |
| 29 | 10/01/2025 | $3,190.71 | $502.49 | $2,509.34 | $463,473.85 | $178.88 | 87.4479% |
| 30 | 11/01/2025 | $3,190.71 | $505.21 | $2,506.62 | $462,968.64 | $178.88 | 87.3526% |
| 31 | 12/01/2025 | $3,190.71 | $507.94 | $2,503.89 | $462,460.70 | $178.88 | 87.2567% |
| 32 | 01/01/2026 | $3,190.71 | $510.69 | $2,501.14 | $461,950.01 | $178.88 | 87.1604% |
| 33 | 02/01/2026 | $3,190.71 | $513.45 | $2,498.38 | $461,436.56 | $178.88 | 87.0635% |
| 34 | 03/01/2026 | $3,190.71 | $516.23 | $2,495.60 | $460,920.33 | $178.88 | 86.9661% |
| 35 | 04/01/2026 | $3,190.71 | $519.02 | $2,492.81 | $460,401.31 | $178.88 | 86.8682% |
| 36 | 05/01/2026 | $3,190.71 | $521.83 | $2,490.00 | $459,879.48 | $178.88 | 86.7697% |
| 37 | 06/01/2026 | $3,190.71 | $524.65 | $2,487.18 | $459,354.83 | $178.88 | 86.6707% |
| 38 | 07/01/2026 | $3,190.71 | $527.49 | $2,484.34 | $458,827.34 | $178.88 | 86.5712% |
| 39 | 08/01/2026 | $3,190.71 | $530.34 | $2,481.49 | $458,297.00 | $178.88 | 86.4711% |
| 40 | 09/01/2026 | $3,190.71 | $533.21 | $2,478.62 | $457,763.79 | $178.88 | 86.3705% |
| 41 | 10/01/2026 | $3,190.71 | $536.09 | $2,475.74 | $457,227.70 | $178.88 | 86.2694% |
| 42 | 11/01/2026 | $3,190.71 | $538.99 | $2,472.84 | $456,688.71 | $178.88 | 86.1677% |
| 43 | 12/01/2026 | $3,190.71 | $541.91 | $2,469.92 | $456,146.80 | $178.88 | 86.0654% |
| 44 | 01/01/2027 | $3,190.71 | $544.84 | $2,466.99 | $455,601.96 | $178.88 | 85.9626% |
| 45 | 02/01/2027 | $3,190.71 | $547.78 | $2,464.05 | $455,054.18 | $178.88 | 85.8593% |
| 46 | 03/01/2027 | $3,190.71 | $550.75 | $2,461.08 | $454,503.43 | $178.88 | 85.7554% |
| 47 | 04/01/2027 | $3,190.71 | $553.72 | $2,458.11 | $453,949.71 | $178.88 | 85.6509% |
| 48 | 05/01/2027 | $3,190.71 | $556.72 | $2,455.11 | $453,392.99 | $178.88 | 85.5458% |
| 49 | 06/01/2027 | $3,190.71 | $559.73 | $2,452.10 | $452,833.26 | $178.88 | 85.4402% |
| 50 | 07/01/2027 | $3,190.71 | $562.76 | $2,449.07 | $452,270.50 | $178.88 | 85.3341% |
| 51 | 08/01/2027 | $3,190.71 | $565.80 | $2,446.03 | $451,704.70 | $178.88 | 85.2273% |
| 52 | 09/01/2027 | $3,190.71 | $568.86 | $2,442.97 | $451,135.84 | $178.88 | 85.1200% |
| 53 | 10/01/2027 | $3,190.71 | $571.94 | $2,439.89 | $450,563.90 | $178.88 | 85.0121% |
| 54 | 11/01/2027 | $3,190.71 | $575.03 | $2,436.80 | $449,988.87 | $178.88 | 84.9036% |
| 55 | 12/01/2027 | $3,190.71 | $578.14 | $2,433.69 | $449,410.73 | $178.88 | 84.7945% |
| 56 | 01/01/2028 | $3,190.71 | $581.27 | $2,430.56 | $448,829.46 | $178.88 | 84.6848% |
| 57 | 02/01/2028 | $3,190.71 | $584.41 | $2,427.42 | $448,245.05 | $178.88 | 84.5745% |

# AMORTIZATION SCHEDULE

Loan No.:    **420230345**                                                     Date:  **04/14/2023**
Borrower(s):  **Sami Allam**                                                  Loan Amount: **$477,000.00**
                                                                              Term:  **30 years**
Lender:    **Mason McDuffie Mortgage Corporation**                            Interest Rate:  **6.490 %**

| Pmt. # | Pmt. Date | Payment Amount | Principal Portion | Interest Portion | Ending Balance | PMI Pmt. | Resulting LTV % |
|---|---|---|---|---|---|---|---|
| 58 | 03/01/2028 | $3,190.71 | $587.57 | $2,424.26 | $447,657.48 | $178.88 | 84.4637% |
| 59 | 04/01/2028 | $3,190.71 | $590.75 | $2,421.08 | $447,066.73 | $178.88 | 84.3522% |
| 60 | 05/01/2028 | $3,190.71 | $593.94 | $2,417.89 | $446,472.79 | $178.88 | 84.2401% |
| 61 | 06/01/2028 | $3,190.71 | $597.16 | $2,414.67 | $445,875.63 | $178.88 | 84.1275% |
| 62 | 07/01/2028 | $3,190.71 | $600.39 | $2,411.44 | $445,275.24 | $178.88 | 84.0142% |
| 63 | 08/01/2028 | $3,190.71 | $603.63 | $2,408.20 | $444,671.61 | $178.88 | 83.9003% |
| 64 | 09/01/2028 | $3,190.71 | $606.90 | $2,404.93 | $444,064.71 | $178.88 | 83.7858% |
| 65 | 10/01/2028 | $3,190.71 | $610.18 | $2,401.65 | $443,454.53 | $178.88 | 83.6707% |
| 66 | 11/01/2028 | $3,190.71 | $613.48 | $2,398.35 | $442,841.05 | $178.88 | 83.5549% |
| 67 | 12/01/2028 | $3,190.71 | $616.80 | $2,395.03 | $442,224.25 | $178.88 | 83.4385% |
| 68 | 01/01/2029 | $3,190.71 | $620.13 | $2,391.70 | $441,604.12 | $178.88 | 83.3215% |
| 69 | 02/01/2029 | $3,190.71 | $623.49 | $2,388.34 | $440,980.63 | $178.88 | 83.2039% |
| 70 | 03/01/2029 | $3,190.71 | $626.86 | $2,384.97 | $440,353.77 | $178.88 | 83.0856% |
| 71 | 04/01/2029 | $3,190.71 | $630.25 | $2,381.58 | $439,723.52 | $178.88 | 82.9667% |
| 72 | 05/01/2029 | $3,190.71 | $633.66 | $2,378.17 | $439,089.86 | $178.88 | 82.8471% |
| 73 | 06/01/2029 | $3,190.71 | $637.09 | $2,374.74 | $438,452.77 | $178.88 | 82.7269% |
| 74 | 07/01/2029 | $3,190.71 | $640.53 | $2,371.30 | $437,812.24 | $178.88 | 82.6061% |
| 75 | 08/01/2029 | $3,190.71 | $644.00 | $2,367.83 | $437,168.24 | $178.88 | 82.4846% |
| 76 | 09/01/2029 | $3,190.71 | $647.48 | $2,364.35 | $436,520.76 | $178.88 | 82.3624% |
| 77 | 10/01/2029 | $3,190.71 | $650.98 | $2,360.85 | $435,869.78 | $178.88 | 82.2396% |
| 78 | 11/01/2029 | $3,190.71 | $654.50 | $2,357.33 | $435,215.28 | $178.88 | 82.1161% |
| 79 | 12/01/2029 | $3,190.71 | $658.04 | $2,353.79 | $434,557.24 | $178.88 | 81.9919% |
| 80 | 01/01/2030 | $3,190.71 | $661.60 | $2,350.23 | $433,895.64 | $178.88 | 81.8671% |
| 81 | 02/01/2030 | $3,190.71 | $665.18 | $2,346.65 | $433,230.46 | $178.88 | 81.7416% |
| 82 | 03/01/2030 | $3,190.71 | $668.78 | $2,343.05 | $432,561.68 | $178.88 | 81.6154% |
| 83 | 04/01/2030 | $3,190.71 | $672.39 | $2,339.44 | $431,889.29 | $178.88 | 81.4885% |
| 84 | 05/01/2030 | $3,190.71 | $676.03 | $2,335.80 | $431,213.26 | $178.88 | 81.3610% |
| 85 | 06/01/2030 | $3,190.71 | $679.68 | $2,332.15 | $430,533.58 | $178.88 | 81.2328% |
| 86 | 07/01/2030 | $3,190.71 | $683.36 | $2,328.47 | $429,850.22 | $178.88 | 81.1038% |
| 87 | 08/01/2030 | $3,190.71 | $687.06 | $2,324.77 | $429,163.16 | $178.88 | 80.9742% |
| 88 | 09/01/2030 | $3,190.71 | $690.77 | $2,321.06 | $428,472.39 | $178.88 | 80.8438% |
| 89 | 10/01/2030 | $3,190.71 | $694.51 | $2,317.32 | $427,777.88 | $178.88 | 80.7128% |
| 90 | 11/01/2030 | $3,190.71 | $698.26 | $2,313.57 | $427,079.62 | $178.88 | 80.5811% |
| 91 | 12/01/2030 | $3,190.71 | $702.04 | $2,309.79 | $426,377.58 | $178.88 | 80.4486% |
| 92 | 01/01/2031 | $3,190.71 | $705.84 | $2,305.99 | $425,671.74 | $178.88 | 80.3154% |
| 93 | 02/01/2031 | $3,190.71 | $709.66 | $2,302.17 | $424,962.08 | $178.88 | 80.1815% |
| 94 | 03/01/2031 | $3,190.71 | $713.49 | $2,298.34 | $424,248.59 | $178.88 | 80.0469% |
| 95 | 04/01/2031 | $3,190.71 | $717.35 | $2,294.48 | $423,531.24 | $178.88 | 79.9116% |
| 96 | 05/01/2031 | $3,190.71 | $721.23 | $2,290.60 | $422,810.01 | $178.88 | 79.7755% |
| 97 | 06/01/2031 | $3,190.71 | $725.13 | $2,286.70 | $422,084.88 | $178.88 | 79.6387% |
| 98 | 07/01/2031 | $3,190.71 | $729.05 | $2,282.78 | $421,355.83 | $178.88 | 79.5011% |
| 99 | 08/01/2031 | $3,190.71 | $733.00 | $2,278.83 | $420,622.83 | $178.88 | 79.3628% |
| 100 | 09/01/2031 | $3,190.71 | $736.96 | $2,274.87 | $419,885.87 | $178.88 | 79.2237% |
| 101 | 10/01/2031 | $3,190.71 | $740.95 | $2,270.88 | $419,144.92 | $178.88 | 79.0839% |
| 102 | 11/01/2031 | $3,190.71 | $744.95 | $2,266.88 | $418,399.97 | $178.88 | 78.9434% |
| 103 | 12/01/2031 | $3,190.71 | $748.98 | $2,262.85 | $417,650.99 | $178.88 | 78.8021% |
| 104 | 01/01/2032 | $3,190.71 | $753.03 | $2,258.80 | $416,897.96 | $178.88 | 78.6600% |
| 105 | 02/01/2032 | $3,190.71 | $757.11 | $2,254.72 | $416,140.85 | $178.88 | 78.5171% |
| 106 | 03/01/2032 | $3,190.71 | $761.20 | $2,250.63 | $415,379.65 | $178.88 | 78.3735% |
| 107 | 04/01/2032 | $3,190.71 | $765.32 | $2,246.51 | $414,614.33 | $178.88 | 78.2291% |
| 108 | 05/01/2032 | $3,190.71 | $769.46 | $2,242.37 | $413,844.87 | $178.88 | 78.0839% |
| 109 | 06/01/2032 | $3,190.71 | $773.62 | $2,238.21 | $413,071.25 | $178.88 | 77.9380% |
| 110 | 07/01/2032 | $3,011.83 | $777.80 | $2,234.03 | $412,293.45 | $0.00 | 77.7912% |
| 111 | 08/01/2032 | $3,011.83 | $782.01 | $2,229.82 | $411,511.44 | $0.00 | 77.6437% |
| 112 | 09/01/2032 | $3,011.83 | $786.24 | $2,225.59 | $410,725.20 | $0.00 | 77.4953% |
| 113 | 10/01/2032 | $3,011.83 | $790.49 | $2,221.34 | $409,934.71 | $0.00 | 77.3462% |
| 114 | 11/01/2032 | $3,011.83 | $794.77 | $2,217.06 | $409,139.94 | $0.00 | 77.1962% |

# AMORTIZATION SCHEDULE

Loan No.:      **420230345**
Borrower(s):   **Sami Allam**

Lender:        **Mason McDuffie Mortgage Corporation**

Date:  **04/14/2023**
Loan Amount:  **$477,000.00**
Term:  **30 years**
Interest Rate:  **6.490 %**

| Pmt. # | Pmt. Date | Payment Amount | Principal Portion | Interest Portion | Ending Balance | PMI Pmt. | Resulting LTV % |
|---|---|---|---|---|---|---|---|
| 115 | 12/01/2032 | $3,011.83 | $799.06 | $2,212.77 | $408,340.88 | $0.00 | 77.0454% |
| 116 | 01/01/2033 | $3,011.83 | $803.39 | $2,208.44 | $407,537.49 | $0.00 | 76.8939% |
| 117 | 02/01/2033 | $3,011.83 | $807.73 | $2,204.10 | $406,729.76 | $0.00 | 76.7415% |
| 118 | 03/01/2033 | $3,011.83 | $812.10 | $2,199.73 | $405,917.66 | $0.00 | 76.5882% |
| 119 | 04/01/2033 | $3,011.83 | $816.49 | $2,195.34 | $405,101.17 | $0.00 | 76.4342% |
| 120 | 05/01/2033 | $3,011.83 | $820.91 | $2,190.92 | $404,280.26 | $0.00 | 76.2793% |
| 121 | 06/01/2033 | $3,011.83 | $825.35 | $2,186.48 | $403,454.91 | $0.00 | 76.1236% |
| 122 | 07/01/2033 | $3,011.83 | $829.81 | $2,182.02 | $402,625.10 | $0.00 | 75.9670% |
| 123 | 08/01/2033 | $3,011.83 | $834.30 | $2,177.53 | $401,790.80 | $0.00 | 75.8096% |
| 124 | 09/01/2033 | $3,011.83 | $838.81 | $2,173.02 | $400,951.99 | $0.00 | 75.6513% |
| 125 | 10/01/2033 | $3,011.83 | $843.35 | $2,168.48 | $400,108.64 | $0.00 | 75.4922% |
| 126 | 11/01/2033 | $3,011.83 | $847.91 | $2,163.92 | $399,260.73 | $0.00 | 75.3322% |
| 127 | 12/01/2033 | $3,011.83 | $852.49 | $2,159.34 | $398,408.24 | $0.00 | 75.1714% |
| 128 | 01/01/2034 | $3,011.83 | $857.11 | $2,154.72 | $397,551.13 | $0.00 | 75.0096% |
| 129 | 02/01/2034 | $3,011.83 | $861.74 | $2,150.09 | $396,689.39 | $0.00 | 74.8471% |
| 130 | 03/01/2034 | $3,011.83 | $866.40 | $2,145.43 | $395,822.99 | $0.00 | 74.6836% |
| 131 | 04/01/2034 | $3,011.83 | $871.09 | $2,140.74 | $394,951.90 | $0.00 | 74.5192% |
| 132 | 05/01/2034 | $3,011.83 | $875.80 | $2,136.03 | $394,076.10 | $0.00 | 74.3540% |
| 133 | 06/01/2034 | $3,011.83 | $880.54 | $2,131.29 | $393,195.56 | $0.00 | 74.1878% |
| 134 | 07/01/2034 | $3,011.83 | $885.30 | $2,126.53 | $392,310.26 | $0.00 | 74.0208% |
| 135 | 08/01/2034 | $3,011.83 | $890.09 | $2,121.74 | $391,420.17 | $0.00 | 73.8529% |
| 136 | 09/01/2034 | $3,011.83 | $894.90 | $2,116.93 | $390,525.27 | $0.00 | 73.6840% |
| 137 | 10/01/2034 | $3,011.83 | $899.74 | $2,112.09 | $389,625.53 | $0.00 | 73.5143% |
| 138 | 11/01/2034 | $3,011.83 | $904.61 | $2,107.22 | $388,720.92 | $0.00 | 73.3436% |
| 139 | 12/01/2034 | $3,011.83 | $909.50 | $2,102.33 | $387,811.42 | $0.00 | 73.1720% |
| 140 | 01/01/2035 | $3,011.83 | $914.42 | $2,097.41 | $386,897.00 | $0.00 | 72.9994% |
| 141 | 02/01/2035 | $3,011.83 | $919.36 | $2,092.47 | $385,977.64 | $0.00 | 72.8260% |
| 142 | 03/01/2035 | $3,011.83 | $924.33 | $2,087.50 | $385,053.31 | $0.00 | 72.6516% |
| 143 | 04/01/2035 | $3,011.83 | $929.33 | $2,082.50 | $384,123.98 | $0.00 | 72.4762% |
| 144 | 05/01/2035 | $3,011.83 | $934.36 | $2,077.47 | $383,189.62 | $0.00 | 72.2999% |
| 145 | 06/01/2035 | $3,011.83 | $939.41 | $2,072.42 | $382,250.21 | $0.00 | 72.1227% |
| 146 | 07/01/2035 | $3,011.83 | $944.49 | $2,067.34 | $381,305.72 | $0.00 | 71.9445% |
| 147 | 08/01/2035 | $3,011.83 | $949.60 | $2,062.23 | $380,356.12 | $0.00 | 71.7653% |
| 148 | 09/01/2035 | $3,011.83 | $954.74 | $2,057.09 | $379,401.38 | $0.00 | 71.5852% |
| 149 | 10/01/2035 | $3,011.83 | $959.90 | $2,051.93 | $378,441.48 | $0.00 | 71.4041% |
| 150 | 11/01/2035 | $3,011.83 | $965.09 | $2,046.74 | $377,476.39 | $0.00 | 71.2220% |
| 151 | 12/01/2035 | $3,011.83 | $970.31 | $2,041.52 | $376,506.08 | $0.00 | 71.0389% |
| 152 | 01/01/2036 | $3,011.83 | $975.56 | $2,036.27 | $375,530.52 | $0.00 | 70.8548% |
| 153 | 02/01/2036 | $3,011.83 | $980.84 | $2,030.99 | $374,549.68 | $0.00 | 70.6698% |
| 154 | 03/01/2036 | $3,011.83 | $986.14 | $2,025.69 | $373,563.54 | $0.00 | 70.4837% |
| 155 | 04/01/2036 | $3,011.83 | $991.47 | $2,020.36 | $372,572.07 | $0.00 | 70.2966% |
| 156 | 05/01/2036 | $3,011.83 | $996.84 | $2,014.99 | $371,575.23 | $0.00 | 70.1085% |
| 157 | 06/01/2036 | $3,011.83 | $1,002.23 | $2,009.60 | $370,573.00 | $0.00 | 69.9194% |
| 158 | 07/01/2036 | $3,011.83 | $1,007.65 | $2,004.18 | $369,565.35 | $0.00 | 69.7293% |
| 159 | 08/01/2036 | $3,011.83 | $1,013.10 | $1,998.73 | $368,552.25 | $0.00 | 69.5382% |
| 160 | 09/01/2036 | $3,011.83 | $1,018.58 | $1,993.25 | $367,533.67 | $0.00 | 69.3460% |
| 161 | 10/01/2036 | $3,011.83 | $1,024.09 | $1,987.74 | $366,509.58 | $0.00 | 69.1528% |
| 162 | 11/01/2036 | $3,011.83 | $1,029.62 | $1,982.21 | $365,479.96 | $0.00 | 68.9585% |
| 163 | 12/01/2036 | $3,011.83 | $1,035.19 | $1,976.64 | $364,444.77 | $0.00 | 68.7632% |
| 164 | 01/01/2037 | $3,011.83 | $1,040.79 | $1,971.04 | $363,403.98 | $0.00 | 68.5668% |
| 165 | 02/01/2037 | $3,011.83 | $1,046.42 | $1,965.41 | $362,357.56 | $0.00 | 68.3694% |
| 166 | 03/01/2037 | $3,011.83 | $1,052.08 | $1,959.75 | $361,305.48 | $0.00 | 68.1708% |
| 167 | 04/01/2037 | $3,011.83 | $1,057.77 | $1,954.06 | $360,247.71 | $0.00 | 67.9713% |
| 168 | 05/01/2037 | $3,011.83 | $1,063.49 | $1,948.34 | $359,184.22 | $0.00 | 67.7706% |
| 169 | 06/01/2037 | $3,011.83 | $1,069.24 | $1,942.59 | $358,114.98 | $0.00 | 67.5689% |
| 170 | 07/01/2037 | $3,011.83 | $1,075.02 | $1,936.81 | $357,039.96 | $0.00 | 67.3660% |
| 171 | 08/01/2037 | $3,011.83 | $1,080.84 | $1,930.99 | $355,959.12 | $0.00 | 67.1621% |

# AMORTIZATION SCHEDULE

Loan No.:     **420230345**
Borrower(s):  **Sami Allam**

Lender:       **Mason McDuffie Mortgage Corporation**

Date:  **04/14/2023**
Loan Amount: **$477,000.00**
Term: **30 years**
Interest Rate:  **6.490 %**

| Pmt. # | Pmt. Date | Payment Amount | Principal Portion | Interest Portion | Ending Balance | PMI Pmt. | Resulting LTV % |
|--------|-----------|----------------|-------------------|------------------|----------------|----------|-----------------|
| 172 | 09/01/2037 | $3,011.83 | $1,086.68 | $1,925.15 | $354,872.44 | $0.00 | 66.9571% |
| 173 | 10/01/2037 | $3,011.83 | $1,092.56 | $1,919.27 | $353,779.88 | $0.00 | 66.7509% |
| 174 | 11/01/2037 | $3,011.83 | $1,098.47 | $1,913.36 | $352,681.41 | $0.00 | 66.5437% |
| 175 | 12/01/2037 | $3,011.83 | $1,104.41 | $1,907.42 | $351,577.00 | $0.00 | 66.3353% |
| 176 | 01/01/2038 | $3,011.83 | $1,110.38 | $1,901.45 | $350,466.62 | $0.00 | 66.1258% |
| 177 | 02/01/2038 | $3,011.83 | $1,116.39 | $1,895.44 | $349,350.23 | $0.00 | 65.9151% |
| 178 | 03/01/2038 | $3,011.83 | $1,122.43 | $1,889.40 | $348,227.80 | $0.00 | 65.7034% |
| 179 | 04/01/2038 | $3,011.83 | $1,128.50 | $1,883.33 | $347,099.30 | $0.00 | 65.4904% |
| 180 | 05/01/2038 | $3,011.83 | $1,134.60 | $1,877.23 | $345,964.70 | $0.00 | 65.2764% |
| 181 | 06/01/2038 | $3,011.83 | $1,140.74 | $1,871.09 | $344,823.96 | $0.00 | 65.0611% |
| 182 | 07/01/2038 | $3,011.83 | $1,146.91 | $1,864.92 | $343,677.05 | $0.00 | 64.8447% |
| 183 | 08/01/2038 | $3,011.83 | $1,153.11 | $1,858.72 | $342,523.94 | $0.00 | 64.6272% |
| 184 | 09/01/2038 | $3,011.83 | $1,159.35 | $1,852.48 | $341,364.59 | $0.00 | 64.4084% |
| 185 | 10/01/2038 | $3,011.83 | $1,165.62 | $1,846.21 | $340,198.97 | $0.00 | 64.1885% |
| 186 | 11/01/2038 | $3,011.83 | $1,171.92 | $1,839.91 | $339,027.05 | $0.00 | 63.9674% |
| 187 | 12/01/2038 | $3,011.83 | $1,178.26 | $1,833.57 | $337,848.79 | $0.00 | 63.7451% |
| 188 | 01/01/2039 | $3,011.83 | $1,184.63 | $1,827.20 | $336,664.16 | $0.00 | 63.5215% |
| 189 | 02/01/2039 | $3,011.83 | $1,191.04 | $1,820.79 | $335,473.12 | $0.00 | 63.2968% |
| 190 | 03/01/2039 | $3,011.83 | $1,197.48 | $1,814.35 | $334,275.64 | $0.00 | 63.0709% |
| 191 | 04/01/2039 | $3,011.83 | $1,203.96 | $1,807.87 | $333,071.68 | $0.00 | 62.8437% |
| 192 | 05/01/2039 | $3,011.83 | $1,210.47 | $1,801.36 | $331,861.21 | $0.00 | 62.6153% |
| 193 | 06/01/2039 | $3,011.83 | $1,217.01 | $1,794.82 | $330,644.20 | $0.00 | 62.3857% |
| 194 | 07/01/2039 | $3,011.83 | $1,223.60 | $1,788.23 | $329,420.60 | $0.00 | 62.1548% |
| 195 | 08/01/2039 | $3,011.83 | $1,230.21 | $1,781.62 | $328,190.39 | $0.00 | 61.9227% |
| 196 | 09/01/2039 | $3,011.83 | $1,236.87 | $1,774.96 | $326,953.52 | $0.00 | 61.6893% |
| 197 | 10/01/2039 | $3,011.83 | $1,243.56 | $1,768.27 | $325,709.96 | $0.00 | 61.4547% |
| 198 | 11/01/2039 | $3,011.83 | $1,250.28 | $1,761.55 | $324,459.68 | $0.00 | 61.2188% |
| 199 | 12/01/2039 | $3,011.83 | $1,257.04 | $1,754.79 | $323,202.64 | $0.00 | 60.9816% |
| 200 | 01/01/2040 | $3,011.83 | $1,263.84 | $1,747.99 | $321,938.80 | $0.00 | 60.7432% |
| 201 | 02/01/2040 | $3,011.83 | $1,270.68 | $1,741.15 | $320,668.12 | $0.00 | 60.5034% |
| 202 | 03/01/2040 | $3,011.83 | $1,277.55 | $1,734.28 | $319,390.57 | $0.00 | 60.2624% |
| 203 | 04/01/2040 | $3,011.83 | $1,284.46 | $1,727.37 | $318,106.11 | $0.00 | 60.0200% |
| 204 | 05/01/2040 | $3,011.83 | $1,291.41 | $1,720.42 | $316,814.70 | $0.00 | 59.7764% |
| 205 | 06/01/2040 | $3,011.83 | $1,298.39 | $1,713.44 | $315,516.31 | $0.00 | 59.5314% |
| 206 | 07/01/2040 | $3,011.83 | $1,305.41 | $1,706.42 | $314,210.90 | $0.00 | 59.2851% |
| 207 | 08/01/2040 | $3,011.83 | $1,312.47 | $1,699.36 | $312,898.43 | $0.00 | 59.0374% |
| 208 | 09/01/2040 | $3,011.83 | $1,319.57 | $1,692.26 | $311,578.86 | $0.00 | 58.7885% |
| 209 | 10/01/2040 | $3,011.83 | $1,326.71 | $1,685.12 | $310,252.15 | $0.00 | 58.5381% |
| 210 | 11/01/2040 | $3,011.83 | $1,333.88 | $1,677.95 | $308,918.27 | $0.00 | 58.2865% |
| 211 | 12/01/2040 | $3,011.83 | $1,341.10 | $1,670.73 | $307,577.17 | $0.00 | 58.0334% |
| 212 | 01/01/2041 | $3,011.83 | $1,348.35 | $1,663.48 | $306,228.82 | $0.00 | 57.7790% |
| 213 | 02/01/2041 | $3,011.83 | $1,355.64 | $1,656.19 | $304,873.18 | $0.00 | 57.5232% |
| 214 | 03/01/2041 | $3,011.83 | $1,362.97 | $1,648.86 | $303,510.21 | $0.00 | 57.2661% |
| 215 | 04/01/2041 | $3,011.83 | $1,370.35 | $1,641.48 | $302,139.86 | $0.00 | 57.0075% |
| 216 | 05/01/2041 | $3,011.83 | $1,377.76 | $1,634.07 | $300,762.10 | $0.00 | 56.7476% |
| 217 | 06/01/2041 | $3,011.83 | $1,385.21 | $1,626.62 | $299,376.89 | $0.00 | 56.4862% |
| 218 | 07/01/2041 | $3,011.83 | $1,392.70 | $1,619.13 | $297,984.19 | $0.00 | 56.2234% |
| 219 | 08/01/2041 | $3,011.83 | $1,400.23 | $1,611.60 | $296,583.96 | $0.00 | 55.9592% |
| 220 | 09/01/2041 | $3,011.83 | $1,407.81 | $1,604.02 | $295,176.15 | $0.00 | 55.6936% |
| 221 | 10/01/2041 | $3,011.83 | $1,415.42 | $1,596.41 | $293,760.73 | $0.00 | 55.4266% |
| 222 | 11/01/2041 | $3,011.83 | $1,423.07 | $1,588.76 | $292,337.66 | $0.00 | 55.1580% |
| 223 | 12/01/2041 | $3,011.83 | $1,430.77 | $1,581.06 | $290,906.89 | $0.00 | 54.8881% |
| 224 | 01/01/2042 | $3,011.83 | $1,438.51 | $1,573.32 | $289,468.38 | $0.00 | 54.6167% |
| 225 | 02/01/2042 | $3,011.83 | $1,446.29 | $1,565.54 | $288,022.09 | $0.00 | 54.3438% |
| 226 | 03/01/2042 | $3,011.83 | $1,454.11 | $1,557.72 | $286,567.98 | $0.00 | 54.0694% |
| 227 | 04/01/2042 | $3,011.83 | $1,461.97 | $1,549.86 | $285,106.01 | $0.00 | 53.7936% |
| 228 | 05/01/2042 | $3,011.83 | $1,469.88 | $1,541.95 | $283,636.13 | $0.00 | 53.5163% |

# AMORTIZATION SCHEDULE

Loan No.:   **420230345**
Borrower(s):   **Sami Allam**

Date:   **04/14/2023**
Loan Amount:   **$477,000.00**
Term:   **30 years**
Interest Rate:   **6.490 %**

Lender:   **Mason McDuffie Mortgage Corporation**

| Pmt. # | Pmt. Date | Payment Amount | Principal Portion | Interest Portion | Ending Balance | PMI Pmt. | Resulting LTV % |
|---|---|---|---|---|---|---|---|
| 229 | 06/01/2042 | $3,011.83 | $1,477.83 | $1,534.00 | $282,158.30 | $0.00 | 53.2374% |
| 230 | 07/01/2042 | $3,011.83 | $1,485.82 | $1,526.01 | $280,672.48 | $0.00 | 52.9571% |
| 231 | 08/01/2042 | $3,011.83 | $1,493.86 | $1,517.97 | $279,178.62 | $0.00 | 52.6752% |
| 232 | 09/01/2042 | $3,011.83 | $1,501.94 | $1,509.89 | $277,676.68 | $0.00 | 52.3918% |
| 233 | 10/01/2042 | $3,011.83 | $1,510.06 | $1,501.77 | $276,166.62 | $0.00 | 52.1069% |
| 234 | 11/01/2042 | $3,011.83 | $1,518.23 | $1,493.60 | $274,648.39 | $0.00 | 51.8205% |
| 235 | 12/01/2042 | $3,011.83 | $1,526.44 | $1,485.39 | $273,121.95 | $0.00 | 51.5324% |
| 236 | 01/01/2043 | $3,011.83 | $1,534.70 | $1,477.13 | $271,587.25 | $0.00 | 51.2429% |
| 237 | 02/01/2043 | $3,011.83 | $1,543.00 | $1,468.83 | $270,044.25 | $0.00 | 50.9517% |
| 238 | 03/01/2043 | $3,011.83 | $1,551.34 | $1,460.49 | $268,492.91 | $0.00 | 50.6590% |
| 239 | 04/01/2043 | $3,011.83 | $1,559.73 | $1,452.10 | $266,933.18 | $0.00 | 50.3648% |
| 240 | 05/01/2043 | $3,011.83 | $1,568.17 | $1,443.66 | $265,365.01 | $0.00 | 50.0689% |
| 241 | 06/01/2043 | $3,011.83 | $1,576.65 | $1,435.18 | $263,788.36 | $0.00 | 49.7714% |
| 242 | 07/01/2043 | $3,011.83 | $1,585.17 | $1,426.66 | $262,203.19 | $0.00 | 49.4723% |
| 243 | 08/01/2043 | $3,011.83 | $1,593.75 | $1,418.08 | $260,609.44 | $0.00 | 49.1716% |
| 244 | 09/01/2043 | $3,011.83 | $1,602.37 | $1,409.46 | $259,007.07 | $0.00 | 48.8693% |
| 245 | 10/01/2043 | $3,011.83 | $1,611.03 | $1,400.80 | $257,396.04 | $0.00 | 48.5653% |
| 246 | 11/01/2043 | $3,011.83 | $1,619.75 | $1,392.08 | $255,776.29 | $0.00 | 48.2597% |
| 247 | 12/01/2043 | $3,011.83 | $1,628.51 | $1,383.32 | $254,147.78 | $0.00 | 47.9524% |
| 248 | 01/01/2044 | $3,011.83 | $1,637.31 | $1,374.52 | $252,510.47 | $0.00 | 47.6435% |
| 249 | 02/01/2044 | $3,011.83 | $1,646.17 | $1,365.66 | $250,864.30 | $0.00 | 47.3329% |
| 250 | 03/01/2044 | $3,011.83 | $1,655.07 | $1,356.76 | $249,209.23 | $0.00 | 47.0206% |
| 251 | 04/01/2044 | $3,011.83 | $1,664.02 | $1,347.81 | $247,545.21 | $0.00 | 46.7066% |
| 252 | 05/01/2044 | $3,011.83 | $1,673.02 | $1,338.81 | $245,872.19 | $0.00 | 46.3910% |
| 253 | 06/01/2044 | $3,011.83 | $1,682.07 | $1,329.76 | $244,190.12 | $0.00 | 46.0736% |
| 254 | 07/01/2044 | $3,011.83 | $1,691.17 | $1,320.66 | $242,498.95 | $0.00 | 45.7545% |
| 255 | 08/01/2044 | $3,011.83 | $1,700.31 | $1,311.52 | $240,798.64 | $0.00 | 45.4337% |
| 256 | 09/01/2044 | $3,011.83 | $1,709.51 | $1,302.32 | $239,089.13 | $0.00 | 45.1112% |
| 257 | 10/01/2044 | $3,011.83 | $1,718.76 | $1,293.07 | $237,370.37 | $0.00 | 44.7869% |
| 258 | 11/01/2044 | $3,011.83 | $1,728.05 | $1,283.78 | $235,642.32 | $0.00 | 44.4608% |
| 259 | 12/01/2044 | $3,011.83 | $1,737.40 | $1,274.43 | $233,904.92 | $0.00 | 44.1330% |
| 260 | 01/01/2045 | $3,011.83 | $1,746.79 | $1,265.04 | $232,158.13 | $0.00 | 43.8034% |
| 261 | 02/01/2045 | $3,011.83 | $1,756.24 | $1,255.59 | $230,401.89 | $0.00 | 43.4721% |
| 262 | 03/01/2045 | $3,011.83 | $1,765.74 | $1,246.09 | $228,636.15 | $0.00 | 43.1389% |
| 263 | 04/01/2045 | $3,011.83 | $1,775.29 | $1,236.54 | $226,860.86 | $0.00 | 42.8039% |
| 264 | 05/01/2045 | $3,011.83 | $1,784.89 | $1,226.94 | $225,075.97 | $0.00 | 42.4672% |
| 265 | 06/01/2045 | $3,011.83 | $1,794.54 | $1,217.29 | $223,281.43 | $0.00 | 42.1286% |
| 266 | 07/01/2045 | $3,011.83 | $1,804.25 | $1,207.58 | $221,477.18 | $0.00 | 41.7881% |
| 267 | 08/01/2045 | $3,011.83 | $1,814.01 | $1,197.82 | $219,663.17 | $0.00 | 41.4459% |
| 268 | 09/01/2045 | $3,011.83 | $1,823.82 | $1,188.01 | $217,839.35 | $0.00 | 41.1018% |
| 269 | 10/01/2045 | $3,011.83 | $1,833.68 | $1,178.15 | $216,005.67 | $0.00 | 40.7558% |
| 270 | 11/01/2045 | $3,011.83 | $1,843.60 | $1,168.23 | $214,162.07 | $0.00 | 40.4079% |
| 271 | 12/01/2045 | $3,011.83 | $1,853.57 | $1,158.26 | $212,308.50 | $0.00 | 40.0582% |
| 272 | 01/01/2046 | $3,011.83 | $1,863.59 | $1,148.24 | $210,444.91 | $0.00 | 39.7066% |
| 273 | 02/01/2046 | $3,011.83 | $1,873.67 | $1,138.16 | $208,571.24 | $0.00 | 39.3531% |
| 274 | 03/01/2046 | $3,011.83 | $1,883.81 | $1,128.02 | $206,687.43 | $0.00 | 38.9976% |
| 275 | 04/01/2046 | $3,011.83 | $1,894.00 | $1,117.83 | $204,793.43 | $0.00 | 38.6403% |
| 276 | 05/01/2046 | $3,011.83 | $1,904.24 | $1,107.59 | $202,889.19 | $0.00 | 38.2810% |
| 277 | 06/01/2046 | $3,011.83 | $1,914.54 | $1,097.29 | $200,974.65 | $0.00 | 37.9197% |
| 278 | 07/01/2046 | $3,011.83 | $1,924.89 | $1,086.94 | $199,049.76 | $0.00 | 37.5566% |
| 279 | 08/01/2046 | $3,011.83 | $1,935.30 | $1,076.53 | $197,114.46 | $0.00 | 37.1914% |
| 280 | 09/01/2046 | $3,011.83 | $1,945.77 | $1,066.06 | $195,168.69 | $0.00 | 36.8243% |
| 281 | 10/01/2046 | $3,011.83 | $1,956.29 | $1,055.54 | $193,212.40 | $0.00 | 36.4552% |
| 282 | 11/01/2046 | $3,011.83 | $1,966.87 | $1,044.96 | $191,245.53 | $0.00 | 36.0841% |
| 283 | 12/01/2046 | $3,011.83 | $1,977.51 | $1,034.32 | $189,268.02 | $0.00 | 35.7109% |
| 284 | 01/01/2047 | $3,011.83 | $1,988.21 | $1,023.62 | $187,279.81 | $0.00 | 35.3358% |
| 285 | 02/01/2047 | $3,011.83 | $1,998.96 | $1,012.87 | $185,280.85 | $0.00 | 34.9587% |

# AMORTIZATION SCHEDULE

Loan No.:   **420230345**
Borrower(s):  **Sami Allam**

Lender:   **Mason McDuffie Mortgage Corporation**

Date:  **04/14/2023**
Loan Amount:  **$477,000.00**
Term:  **30 years**
Interest Rate:  **6.490 %**

| Pmt. # | Pmt. Date | Payment Amount | Principal Portion | Interest Portion | Ending Balance | PMI Pmt. | Resulting LTV % |
|---|---|---|---|---|---|---|---|
| 286 | 03/01/2047 | $3,011.83 | $2,009.77 | $1,002.06 | $183,271.08 | $0.00 | 34.5794% |
| 287 | 04/01/2047 | $3,011.83 | $2,020.64 | $991.19 | $181,250.44 | $0.00 | 34.1982% |
| 288 | 05/01/2047 | $3,011.83 | $2,031.57 | $980.26 | $179,218.87 | $0.00 | 33.8149% |
| 289 | 06/01/2047 | $3,011.83 | $2,042.55 | $969.28 | $177,176.32 | $0.00 | 33.4295% |
| 290 | 07/01/2047 | $3,011.83 | $2,053.60 | $958.23 | $175,122.72 | $0.00 | 33.0420% |
| 291 | 08/01/2047 | $3,011.83 | $2,064.71 | $947.12 | $173,058.01 | $0.00 | 32.6525% |
| 292 | 09/01/2047 | $3,011.83 | $2,075.87 | $935.96 | $170,982.14 | $0.00 | 32.2608% |
| 293 | 10/01/2047 | $3,011.83 | $2,087.10 | $924.73 | $168,895.04 | $0.00 | 31.8670% |
| 294 | 11/01/2047 | $3,011.83 | $2,098.39 | $913.44 | $166,796.65 | $0.00 | 31.4711% |
| 295 | 12/01/2047 | $3,011.83 | $2,109.74 | $902.09 | $164,686.91 | $0.00 | 31.0730% |
| 296 | 01/01/2048 | $3,011.83 | $2,121.15 | $890.68 | $162,565.76 | $0.00 | 30.6728% |
| 297 | 02/01/2048 | $3,011.83 | $2,132.62 | $879.21 | $160,433.14 | $0.00 | 30.2704% |
| 298 | 03/01/2048 | $3,011.83 | $2,144.15 | $867.68 | $158,288.99 | $0.00 | 29.8658% |
| 299 | 04/01/2048 | $3,011.83 | $2,155.75 | $856.08 | $156,133.24 | $0.00 | 29.4591% |
| 300 | 05/01/2048 | $3,011.83 | $2,167.41 | $844.42 | $153,965.83 | $0.00 | 29.0502% |
| 301 | 06/01/2048 | $3,011.83 | $2,179.13 | $832.70 | $151,786.70 | $0.00 | 28.6390% |
| 302 | 07/01/2048 | $3,011.83 | $2,190.92 | $820.91 | $149,595.78 | $0.00 | 28.2256% |
| 303 | 08/01/2048 | $3,011.83 | $2,202.77 | $809.06 | $147,393.01 | $0.00 | 27.8100% |
| 304 | 09/01/2048 | $3,011.83 | $2,214.68 | $797.15 | $145,178.33 | $0.00 | 27.3921% |
| 305 | 10/01/2048 | $3,011.83 | $2,226.66 | $785.17 | $142,951.67 | $0.00 | 26.9720% |
| 306 | 11/01/2048 | $3,011.83 | $2,238.70 | $773.13 | $140,712.97 | $0.00 | 26.5496% |
| 307 | 12/01/2048 | $3,011.83 | $2,250.81 | $761.02 | $138,462.16 | $0.00 | 26.1249% |
| 308 | 01/01/2049 | $3,011.83 | $2,262.98 | $748.85 | $136,199.18 | $0.00 | 25.6980% |
| 309 | 02/01/2049 | $3,011.83 | $2,275.22 | $736.61 | $133,923.96 | $0.00 | 25.2687% |
| 310 | 03/01/2049 | $3,011.83 | $2,287.52 | $724.31 | $131,636.44 | $0.00 | 24.8371% |
| 311 | 04/01/2049 | $3,011.83 | $2,299.90 | $711.93 | $129,336.54 | $0.00 | 24.4031% |
| 312 | 05/01/2049 | $3,011.83 | $2,312.33 | $699.50 | $127,024.21 | $0.00 | 23.9668% |
| 313 | 06/01/2049 | $3,011.83 | $2,324.84 | $686.99 | $124,699.37 | $0.00 | 23.5282% |
| 314 | 07/01/2049 | $3,011.83 | $2,337.41 | $674.42 | $122,361.96 | $0.00 | 23.0872% |
| 315 | 08/01/2049 | $3,011.83 | $2,350.06 | $661.77 | $120,011.90 | $0.00 | 22.6438% |
| 316 | 09/01/2049 | $3,011.83 | $2,362.77 | $649.06 | $117,649.13 | $0.00 | 22.1979% |
| 317 | 10/01/2049 | $3,011.83 | $2,375.54 | $636.29 | $115,273.59 | $0.00 | 21.7497% |
| 318 | 11/01/2049 | $3,011.83 | $2,388.39 | $623.44 | $112,885.20 | $0.00 | 21.2991% |
| 319 | 12/01/2049 | $3,011.83 | $2,401.31 | $610.52 | $110,483.89 | $0.00 | 20.8460% |
| 320 | 01/01/2050 | $3,011.83 | $2,414.30 | $597.53 | $108,069.59 | $0.00 | 20.3905% |
| 321 | 02/01/2050 | $3,011.83 | $2,427.35 | $584.48 | $105,642.24 | $0.00 | 19.9325% |
| 322 | 03/01/2050 | $3,011.83 | $2,440.48 | $571.35 | $103,201.76 | $0.00 | 19.4720% |
| 323 | 04/01/2050 | $3,011.83 | $2,453.68 | $558.15 | $100,748.08 | $0.00 | 19.0091% |
| 324 | 05/01/2050 | $3,011.83 | $2,466.95 | $544.88 | $98,281.13 | $0.00 | 18.5436% |
| 325 | 06/01/2050 | $3,011.83 | $2,480.29 | $531.54 | $95,800.84 | $0.00 | 18.0756% |
| 326 | 07/01/2050 | $3,011.83 | $2,493.71 | $518.12 | $93,307.13 | $0.00 | 17.6051% |
| 327 | 08/01/2050 | $3,011.83 | $2,507.19 | $504.64 | $90,799.94 | $0.00 | 17.1321% |
| 328 | 09/01/2050 | $3,011.83 | $2,520.75 | $491.08 | $88,279.19 | $0.00 | 16.6565% |
| 329 | 10/01/2050 | $3,011.83 | $2,534.39 | $477.44 | $85,744.80 | $0.00 | 16.1783% |
| 330 | 11/01/2050 | $3,011.83 | $2,548.09 | $463.74 | $83,196.71 | $0.00 | 15.6975% |
| 331 | 12/01/2050 | $3,011.83 | $2,561.87 | $449.96 | $80,634.84 | $0.00 | 15.2141% |
| 332 | 01/01/2051 | $3,011.83 | $2,575.73 | $436.10 | $78,059.11 | $0.00 | 14.7281% |
| 333 | 02/01/2051 | $3,011.83 | $2,589.66 | $422.17 | $75,469.45 | $0.00 | 14.2395% |
| 334 | 03/01/2051 | $3,011.83 | $2,603.67 | $408.16 | $72,865.78 | $0.00 | 13.7483% |
| 335 | 04/01/2051 | $3,011.83 | $2,617.75 | $394.08 | $70,248.03 | $0.00 | 13.2543% |
| 336 | 05/01/2051 | $3,011.83 | $2,631.91 | $379.92 | $67,616.12 | $0.00 | 12.7578% |
| 337 | 06/01/2051 | $3,011.83 | $2,646.14 | $365.69 | $64,969.98 | $0.00 | 12.2585% |
| 338 | 07/01/2051 | $3,011.83 | $2,660.45 | $351.38 | $62,309.53 | $0.00 | 11.7565% |
| 339 | 08/01/2051 | $3,011.83 | $2,674.84 | $336.99 | $59,634.69 | $0.00 | 11.2518% |
| 340 | 09/01/2051 | $3,011.83 | $2,689.31 | $322.52 | $56,945.38 | $0.00 | 10.7444% |
| 341 | 10/01/2051 | $3,011.83 | $2,703.85 | $307.98 | $54,241.53 | $0.00 | 10.2343% |
| 342 | 11/01/2051 | $3,011.83 | $2,718.47 | $293.36 | $51,523.06 | $0.00 | 9.7213% |

# AMORTIZATION SCHEDULE

Loan No.:    **420230345**
Borrower(s):    **Sami Allam**

Lender:    **Mason McDuffie Mortgage Corporation**

Date:  **04/14/2023**
Loan Amount:  **$477,000.00**
Term:  **30 years**
Interest Rate:  **6.490 %**

| Pmt. # | Pmt. Date | Payment Amount | Principal Portion | Interest Portion | Ending Balance | PMI Pmt. | Resulting LTV % |
|---|---|---|---|---|---|---|---|
| 343 | 12/01/2051 | $3,011.83 | $2,733.18 | $278.65 | $48,789.88 | $0.00 | 9.2056% |
| 344 | 01/01/2052 | $3,011.83 | $2,747.96 | $263.87 | $46,041.92 | $0.00 | 8.6872% |
| 345 | 02/01/2052 | $3,011.83 | $2,762.82 | $249.01 | $43,279.10 | $0.00 | 8.1659% |
| 346 | 03/01/2052 | $3,011.83 | $2,777.76 | $234.07 | $40,501.34 | $0.00 | 7.6418% |
| 347 | 04/01/2052 | $3,011.83 | $2,792.79 | $219.04 | $37,708.55 | $0.00 | 7.1148% |
| 348 | 05/01/2052 | $3,011.83 | $2,807.89 | $203.94 | $34,900.66 | $0.00 | 6.5850% |
| 349 | 06/01/2052 | $3,011.83 | $2,823.08 | $188.75 | $32,077.58 | $0.00 | 6.0524% |
| 350 | 07/01/2052 | $3,011.83 | $2,838.34 | $173.49 | $29,239.24 | $0.00 | 5.5168% |
| 351 | 08/01/2052 | $3,011.83 | $2,853.69 | $158.14 | $26,385.55 | $0.00 | 4.9784% |
| 352 | 09/01/2052 | $3,011.83 | $2,869.13 | $142.70 | $23,516.42 | $0.00 | 4.4371% |
| 353 | 10/01/2052 | $3,011.83 | $2,884.65 | $127.18 | $20,631.77 | $0.00 | 3.8928% |
| 354 | 11/01/2052 | $3,011.83 | $2,900.25 | $111.58 | $17,731.52 | $0.00 | 3.3456% |
| 355 | 12/01/2052 | $3,011.83 | $2,915.93 | $95.90 | $14,815.59 | $0.00 | 2.7954% |
| 356 | 01/01/2053 | $3,011.83 | $2,931.70 | $80.13 | $11,883.89 | $0.00 | 2.2422% |
| 357 | 02/01/2053 | $3,011.83 | $2,947.56 | $64.27 | $8,936.33 | $0.00 | 1.6861% |
| 358 | 03/01/2053 | $3,011.83 | $2,963.50 | $48.33 | $5,972.83 | $0.00 | 1.1269% |
| 359 | 04/01/2053 | $3,011.83 | $2,979.53 | $32.30 | $2,993.30 | $0.00 | 0.5648% |
| 360 | 05/01/2053 | $3,009.49 | $2,993.30 | $16.19 | $0.00 | $0.00 | 0.0000% |

DocuSigned by:

*Sami Allam*                                                **4/13/2023**

**SAMI ALLAM**                                                **DATE**

THIS AMORTIZATION SCHEDULE IS BASED ON THE TERMS SET FORTH ABOVE AND ASSUMES THAT
PAYMENTS ARE MADE AS SCHEDULED AND THAT NO PREPAYMENTS OCCUR PRIOR TO THE MATURITY
DATE OF THE LOAN. IT IS PROVIDED AS AN EXAMPLE ONLY. IF IT IS FOR AN ADJUSTABLE RATE MORTGAGE
LOAN, IT ASSUMES HYPOTHETICAL INTEREST RATE AND PAYMENT CHANGES THAT MAY DIFFER FROM
ACTUAL CHANGES. PMI PAYMENT MAY BE DISCONTINUED PRIOR TO REACHING THE PMI CANCELLATION
DATE IF PREMIUMS WERE PAID AT THE TIME OF LOAN CLOSING.

# FIRST PAYMENT LETTER

### Mason McDuffie Mortgage Corporation

LOAN NO.: **420230345**
DATE: **April 14, 2023**
BORROWER(S):   **Sami Allam**

ADDRESS: **7980 SMOKEWOOD DR, COLORADO SPRINGS, CO 80908-5629**

We are pleased to have you as a mortgage loan customer. The following is a breakdown of your initial monthly payment:

| | | |
|---|---|---|
| Principal and Interest | $ | 3,011.83 |
| Estimated Taxes | $ | 268.89 |
| Hazard Insurance | $ | 188.71 |
| Flood Insurance | $ | |
| Mortgage Insurance | $ | 178.88 |
| City Property Tax | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| **TOTAL MONTHLY PAYMENT** | $ | 3,648.31 |

Your first regular payment is due **June 1, 2023.**

Partial Payments:
☐ Your lender may accept partial payments you make and apply such payments to your loan.
☒ Your lender may hold partial payments in a separate account until you pay the remainder of the payment, and then apply the full periodic payment to your loan.
☐ Your lender will not accept any partial payments.

If this loan is sold, your new lender may have a different policy.

The outstanding principal balance at the time of this letter is **$477,000.00.**

The current interest rate is **6.490 %.**

Your loan **DOES NOT** have a prepayment penalty.

**Housing Counselor Information:** If you would like counseling or assistance, you can contact the following:

•   U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

For additional information regarding your loan please contact: **Mason McDuffie Mortgage Corporation**

at **925-242-4400.**

**We hereby acknowledge receiving a copy of this letter.**

**We are aware that the total monthly payment may be subject to change each year due to increases or decreases in annual taxes and/or insurance premiums and when applicable, adjustments in accordance with the adjustable rate mortgage provisions of the Note.**

DocuSigned by:
*Sami Allam*                                                                                      **4/13/2023**
_____                          _____
**SAMI ALLAM**                                                                                          **DATE**

**LOAN #: 420230345**

| | MORTGAGE ACCOUNT NO. | PAYMENT DUE DATE | IF NOT RECEIVED BY |
|---|---|---|---|
| | | **AMOUNT DUE** | a late fee of<br>will be charged. |

DATE _____
CHECK _____
CASH _____
AMT. _____

USE FOR ADDL. AMOUNTS

| PRINCIPAL | | |
|---|---|---|
| OTHER | | |
| ESCROW | | |
| TOTAL | | |

PROPERTY ADDRESS:                                   COUPON MUST ACCOMPANY PAYMENT

---

| | MORTGAGE ACCOUNT NO.<br>420230345 | PAYMENT DUE DATE<br>06/01/2023<br>**AMOUNT DUE**<br>**$3,648.31** | IF NOT RECEIVED BY<br>06/16/2023<br>a late fee of **$150.59**<br>will be charged. |
|---|---|---|---|

DATE _____
CHECK _____
CASH _____
AMT. _____

**Sami Allam**

**Mason McDuffie Mortgage Corporation**
**12647 Alcosta Blvd, Suite #300**
**San Ramon, CA 94583**
**Attn: Servicing Department**

USE FOR ADDL. AMOUNTS

| PRINCIPAL | | |
|---|---|---|
| OTHER | | |
| ESCROW | | |
| TOTAL | | |

PROPERTY ADDRESS:                                   COUPON MUST ACCOMPANY PAYMENT
**7980 SMOKEWOOD DR, COLORADO SPRINGS, CO 80908-5629**

---

DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

# INITIAL ESCROW ACCOUNT DISCLOSURE STATEMENT

| Loan Number: 420230345 | Date: April 14, 2023 |
|---|---|
| Loan Amount: $477,000.00 | First Payment Date: June 1, 2023 |
| Borrower Name(s):<br>Sami Allam | Servicer Name and Address:<br>Mason McDuffie Mortgage Corporation<br>12647 Alcosta Blvd, Suite #300<br>San Ramon, CA 94583 |
| | Servicer Telephone: 925-242-4400<br>Toll-Free Number: 877-275-6662 |
| Property Address: 7980 SMOKEWOOD DR, COLORADO SPRINGS, CO 80908-5629 | |

THIS IS AN ESTIMATE OF ACTIVITY IN YOUR ESCROW ACCOUNT DURING THE COMING YEAR BASED ON PAYMENTS ANTICIPATED TO BE MADE FROM YOUR ACCOUNT.

| Month<br>(or Period) | Payments to<br>Escrow Account | Payments from<br>Escrow Account | Description | Escrow Account<br>Balance |
|---|---|---|---|---|
| **Initial Deposit:** | | | | **$     457.60** |
| 06/23 | 636.48 | 178.88 | Mtg Ins. | 915.20 |
| 07/23 | 636.48 | 178.88 | Mtg Ins. | 1,372.80 |
| 08/23 | 636.48 | 178.88 | Mtg Ins. | 1,830.40 |
| 09/23 | 636.48 | 178.88 | Mtg Ins. | 2,288.00 |
| 10/23 | 636.48 | 178.88 | Mtg Ins. | 2,745.60 |
| 11/23 | 636.48 | 178.88 | Mtg Ins. | 3,203.20 |
| 12/23 | 636.48 | 178.88 | Mtg Ins. | 3,660.80 |
| 01/24 | 636.48 | 178.88 | Mtg Ins. | 4,118.40 |
| 02/24 | 636.48 | 1,792.22 | Prop. Taxes, Mtg Ins. | 2,962.66 |
| 03/24 | 636.48 | 178.88 | Mtg Ins. | 3,420.26 |
| 04/24 | 636.48 | 2,443.40 | Haz Ins., Mtg Ins. | 1,613.34 |
| 05/24 | 636.48 | 178.88 | Mtg Ins. | 2,070.94 |

(PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE ESCROW ACCOUNTING COMPUTATION YEAR.)

Cushion selected by servicer: $     915.20

Total disbursements: $     7,637.76

**YOUR MONTHLY MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE $3,648.31, OF WHICH $3,011.83 WILL BE FOR PRINCIPAL AND INTEREST AND $636.48 WILL GO INTO YOUR ESCROW ACCOUNT.**

**SEE "SIGNATURE ADDENDUM" ATTACHED HERETO, AND MADE A PART HEREOF.**



DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

**LOAN #: 420230345**

# SIGNATURE ADDENDUM

DocuSigned by:

*Sami Allam*                                                                                  **4/13/2023**
_____
**SAMI ALLAM**                                                                                **DATE**

DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

# MAILING ADDRESS CERTIFICATION

**RE: LOAN NUMBER:**  420230345

**PROPERTY ADDRESS:**  7980 SMOKEWOOD DR, COLORADO SPRINGS, CO 80908-5629

Please be advised that you are hereby instructed in accordance with the terms of the Note, to address all correspondence to me (us) regarding my (our) loan with you to the following address.

**(PLEASE CHECK AND COMPLETE ONE ONLY !!)**

☒ The property address shown above. If the property shown above consists of more than one unit, the specific address is:

_____

_____

_____

☐ **OTHER THAN PROPERTY ADDRESS**

_____

_____

_____

I/We will notify the Lender in writing should the above mailing address be changed at anytime in the future.

DocuSigned by:

*Sami Allam*                                                                    **4/13/2023**
_____
**SAMI ALLAM**                                                              **DATE**

ICE Mortgage Technology, Inc.

GMAC  0695
GMAC (CLS)



DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

**LOAN #: 420230345**

# QUALITY CONTROL RELEASE
# AND AUTHORIZATION TO RE-VERIFY

We, the undersigned borrowers, understand that our mortgage application may be selected by the Lender and/or its Assigns or its Agents for a Quality Control Review.  This review is designed to produce and maintain quality service for our borrowers and to comply with agency and investor guidelines. The quality control review will involve verification of all credit information (including employment history, income, bank accounts, and credit references) as well as the property valuation.

We agree to cooperate with the Lender and/or its Assigns or its Agents to the extent necessary to accomplish this review. It is understood that the information may be verified with third parties such as our employers, depository institutions or a credit reporting agency.

We therefore have signed below authorizing the release of employment and/or financial information to assist in the Quality Control review process.

DocuSigned by:

*Sami Allam*                                                                              **4/13/2023**
**SAMI ALLAM**                                                                              **DATE**

ICE Mortgage Technology, Inc.                                                      GQCR  0695
                                                                                       GQCR (CLS)

DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

# COLORADO EFFECT OF UNTIMELY PAYMENTS DISCLOSURE

Borrower(s): **Sami Allam**

Date: **April 14, 2023**

Loan Number: **420230345**

Property Address: **7980 SMOKEWOOD DR
COLORADO SPRINGS, CO 80908-5629**

Lender: **Mason McDuffie Mortgage Corporation**

Loan Originator: **Patrick Brock**

**NMLS #: 1141**

**NMLS #: 1350224**

This disclosure is provided to you pursuant to Colo. Rev. Stat. Ann. § 5-3-106(1).

The dollar amount of the finance charge disclosed to you for this credit transaction is based upon your payments being received by the creditor on the date payments are due. If your payments are received after the due date, even if received before the date a late fee applies, you may owe additional and substantial money at the end of the credit transaction and there may be little or no reduction of principal. This is due to the accrual of daily interest until a payment is received.

**ACKNOWLEDGEMENT**

**By signing below, you hereby acknowledge reading and understanding all of the information disclosed above, and receiving a copy of this disclosure on the date indicated below.**

DocuSigned by:

*Sami Allam*

**4/13/2023**

**SAMI ALLAM**

**DATE**

DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

# ACKNOWLEDGMENT OF RECEIPT OF
# APPRAISAL REPORT

Borrower(s): **Sami Allam**

Date: **April 14, 2023**

Loan Number: **420230345**

Property Address: **7980 SMOKEWOOD DR, COLORADO SPRINGS, CO 80908-5629**

Lender: **Mason McDuffie Mortgage Corporation**

In accordance with the Federal Housing Finance Agency's Home Valuation Code of Conduct, I/we understand that I/we are to receive a copy of the appraisal report for the above mentioned property promptly upon completion, and in any event, no less than three (3) business days prior to the closing of the loan. I/we further understand that I/we may waive this three (3) business day requirement.

I/We acknowledge the appraisal report was received no less than three (3) business days prior to the closing of the loan.

I/We acknowledge receipt of the appraisal report on the above subject property.

DocuSigned by:

*Sami Allam*

**4/13/2023**

**SAMI ALLAM**                                                                         **DATE**

FHFA's Home Valuation Code of Conduct 12/08
ICE Mortgage Technology, Inc.

G2HVCC   0509
G2HVCC (CLS)



**LOAN #: 420230345**

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send to the IRS.**

---

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**Sami Allam**

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

[x] Individual/sole proprietor or single-member LLC    [ ] C Corporation    [ ] S Corporation    [ ] Partnership    [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) ▶

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from FATCA reporting code (if any)

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

**7980 SMOKEWOOD DR**

**6** City, state, and ZIP code

**COLORADO SPRINGS, CO 80908-5629**

**7** List account number(s) here (optional)

Requester's name and address (optional)

**Mason McDuffie Mortgage Corporation**
**12647 Alcosta Blvd, Suite #300**
**San Ramon, CA 94583**

*Print or type.*
*See Specific Instructions on page 2.*

---

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

| 3 | 2 | 2 | – | 8 | 8 | – | 1 | 4 | 1 | 7 |

or

**Employer identification number**

| | | – | | | | | | |

---

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**

Signature of U.S. person ▶ *Sami Allam* (DocuSigned by)

Date ▶ **4/13/2023**

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

By signing the filled-out form, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct. See *What is FATCA reporting,* later, for further information.

**Note:** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien;

- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;

- An estate (other than a foreign estate); or

- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

---

ICE Mortgage Technology, Inc.      Cat. No. 10231X      Form **W-9** (Rev. 10-2018)
GW9C (CLS)

**LOAN #: 420230345**

Form W-9 (Rev. 10-2018)    Page **2**

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States.

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;

• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust; and

• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items.

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

***Example.*** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

## Backup Withholding

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 24% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the instructions for Part II for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See *Exempt payee code*, later, and the separate Instructions for the Requester of Form W-9 for more information.

Also see *Special rules for partnerships*, earlier.

## What is FATCA Reporting?

The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code*, later, and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation

that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account; for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Line 1

You must enter one of the following on this line; **do not** leave this line blank. The name should match the name on your tax return.

If this Form W-9 is for a joint account (other than an account maintained by a foreign financial institution (FFI)), list first, and then circle, the name of the person or entity whose number you entered in Part I of Form W-9. If you are providing Form W-9 to an FFI to document a joint account, each holder of the account that is a U.S. person must provide a Form W-9.

a. **Individual.** Generally, enter the name shown on your tax return. If you have changed your last name without informing the Social Security Administration (SSA) of the name change, enter your first name, the last name as shown on your social security card, and your new last name.

**Note: ITIN applicant:** Enter your individual name as it was entered on your Form W-7 application, line 1a. This should also be the same as the name you entered on the Form 1040/1040A/1040EZ you filed with your application.

b. **Sole proprietor or single-member LLC.** Enter your individual name as shown on your 1040/1040A/1040EZ on line 1. You may enter your business, trade, or "doing business as" (DBA) name on line 2.

c. **Partnership, LLC that is not a single-member LLC, C corporation, or S corporation.** Enter the entity's name as shown on the entity's tax return on line 1 and any business, trade, or DBA name on line 2.

d. **Other entities.** Enter your name as shown on required U.S. federal tax documents on line 1. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on line 2.

e. **Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulations section 301.7701-2(c)(2)(iii). Enter the owner's name on line 1. The name of the entity entered on line 1 should never be a disregarded entity. The name on line 1 should be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on line 1. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on line 2, "Business name/disregarded entity name." If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

### Line 2

If you have a business name, trade name, DBA, or disregarded entity name, you may enter it on line 2.

### Line 3

Check the appropriate box on line 3 for the U.S. federal tax classification of the person whose name is entered on line 1. Check only one box on line 3.

| IF the entity/person on line 1 is a(n)... | THEN check the box for... |
| --- | --- |
| • Corporation | Corporation |
| • Individual<br>• Sole proprietorship, or<br>• Single-member limited liability company (LLC) owned by an individual and disregarded for U.S. federal tax purposes. | Individual/sole proprietor or single-member LLC |
| • LLC treated as a partnership for U.S. federal tax purposes,<br>• LLC that has filed Form 8832 or 2553 to be taxed as a corporation, or<br>• LLC that is disregarded as an entity separate from its owner but the owner is another LLC that is not disregarded for U.S. federal tax purposes. | Limited liability company and enter the appropriate tax classification. (P= Partnership; C= C corporation; or S= S corporation) |
| • Partnership | Partnership |
| • Trust/estate | Trust/estate |



**LOAN #: 420230345**

Form W-9 (Rev. 10-2018)                                                                 Page **3**

### Line 4, Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the appropriate space on line 4 any code(s) that may apply to you.

**Exempt payee code.**

• Generally, individuals (including sole proprietors) are not exempt from backup withholding.

• Except as provided below, corporations are exempt from backup withholding for certain payments, including interest and dividends.

• Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.

• Corporations are not exempt from backup withholding with respect to attorneys' fees or gross proceeds paid to attorneys, and corporations that provide medical or health care services are not exempt with respect to payments reportable on Form 1099-MISC.

The following codes identify payees that are exempt from backup withholding. Enter the appropriate code in the space in line 4.

1 – An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)

2 – The United States or any of its agencies or instrumentalities

3 – A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

4 – A foreign government or any of its political subdivisions, agencies, or instrumentalities

5 – A corporation

6 – A dealer in securities or commodities required to register in the United States, the District of Columbia, or a U.S. commonwealth or possession

7 – A futures commission merchant registered with the Commodity Futures Trading Commission

8 – A real estate investment trust

9 – An entity registered at all times during the tax year under the Investment Company Act of 1940

10 – A common trust fund operated by a bank under section 584(a)

11 – A financial institution

12 – A middleman known in the investment community as a nominee or custodian

13 – A trust exempt from tax under section 664 or described in section 4947

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

| IF the payment is for… | THEN the payment is exempt for… |
|---|---|
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000¹ | Generally, exempt payees 1 through 5² |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

¹ See Form 1099-MISC, Miscellaneous Income, and its instructions.

² However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney reportable under section 6045(f), and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements. A requester may indicate that a code is not required by providing you with a Form W-9 with "Not Applicable" (or any similar indication) written or printed on the line for a FATCA exemption code.

A – An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B – The United States or any of its agencies or instrumentalities

C – A state, the District of Columbia, a U.S. commonwealth or possession, or any of their political subdivisions or instrumentalities

D – A corporation the stock of which is regularly traded on one or more established securities markets, as described in Regulations section 1.1472-1(c)(1)(i)

E – A corporation that is a member of the same expanded affiliated group as a corporation described in Regulations section 1.1472-1(c)(1)(i)

F – A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G – A real estate investment trust

H – A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I – A common trust fund as defined in section 584(a)

J – A bank as defined in section 581

K – A broker

L – A trust exempt from tax under section 664 or described in section 4947(a)(1)

M – A tax exempt trust under a section 403(b) plan or section 457(g) plan

**Note:** You may wish to consult with the financial institution requesting this form to determine whether the FATCA code and/or exempt payee code should be completed.

### Line 5

Enter your address (number, street, and apartment or suite number). This is where the requester of this Form W-9 will mail your information returns. If this address differs from the one the requester already has on file, write NEW at the top. If a new address is provided, there is still a chance the old address will be used until the payor changes your address in their records.

### Line 6

Enter your city, state, and ZIP code.

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN.

If you are a single-member LLC that is disregarded as an entity separate from its owner, enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note:** See *What Name and Number To Give the Requester*, later, for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local SSA office or get this form online at *www.SSA.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/Businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. Go to *www.irs.gov/Forms* to view, download, or print Form W-7 and/or Form SS-4. Or, you can go to *www.irs.gov/OrderForms* to place an order and have Form W-7 and/or SS-4 mailed to you within 10 business days.

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note:** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** *A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.*

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, 4, or 5 below indicates otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on line 1 must sign. Exempt payees, see *Exempt payee code*, earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have



**LOAN #: 420230345**

Form W-9 (Rev. 10-2018)

Page **4**

previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), ABLE accounts (under section 529A), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) other than an account maintained by an FFI | The actual owner of the account or, if combined funds, the first individual on the account[1] |
| 3. Two or more U.S. persons (joint account maintained by an FFI) | Each holder of the account |
| 4. Custodial account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 5. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
|    b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 6. Sole proprietorship or disregarded entity owned by an individual | The owner[3] |
| 7. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulations section 1.671-4(b)(2)(i)(A)) | The grantor* |

| For this type of account: | Give name and EIN of: |
|---|---|
| 8. Disregarded entity not owned by an individual | The owner |
| 9. A valid trust, estate, or pension trust | Legal entity[4] |
| 10. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 11. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 12. Partnership or multi-member LLC | The partnership |
| 13. A broker or registered nominee | The broker or nominee |

| For this type of account: | Give name and EIN of: |
|---|---|
| 14. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 15. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulations section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or DBA name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships*, earlier.

* **Note:** The grantor also must provide a Form W-9 to trustee of trust.

**Note:** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records From Identity Theft

Identity theft occurs when someone uses your personal information such as your name, SSN, or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:
• Protect your SSN,
• Ensure your employer is protecting your SSN, and
• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Pub. 5027, Identity Theft Information for Taxpayers.

Victims of identity theft who are experiencing economic harm or a systemic problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov*. You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration (TIGTA) at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at *spam@uce.gov* or report them at *www.ftc.gov/complaint*. You can contact the FTC at *www.ftc.gov/idtheft* or 877-IDTHEFT (877-438-4338). If you have been the victim of identity theft, see *www.IdentityTheft.gov* and Pub. 5027.

Visit *www.irs.gov/IdentityTheft* to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.



DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

# HAZARD INSURANCE AUTHORIZATION, REQUIREMENTS AND DISCLOSURE

Borrower(s):  **Sami Allam**

Date: **04/14/2023**

Loan Number: **420230345**

Property Address: **7980 SMOKEWOOD DR, COLORADO SPRINGS, CO 80908-5629**

Lender:  **Mason McDuffie Mortgage Corporation, a Corporation**

Listed below are your Lender's policies and procedures and minimum requirements for Hazard Insurance which must be provided covering the subject property unless otherwise provided by applicable state law:

1.  Coverage must equal the lesser of the following:

    •  100% of the insurable value of the improvements, as established by the property insurer, or

    •  the unpaid principal balance of the mortgage, as long as it equals the minimum amount—80% of the insurable value of the improvements—required to compensate for damage or loss on a replacement cost basis. If it does not, then coverage that does provide the minimum required amount must be obtained.

2.  The insurance company providing coverage must have a(n)  **"A"**  rating or better in the latest edition of "Best's Insurance Guide," must be licensed in the State in which the property described above is located, and must be licensed to transact the lines of insurance required in the transaction.

3.  Policy shall provide at least "Broad Form" coverage on properties of one to four units, and at least "Vandalism & Malicious Mischief" on properties with over four units, with no deviation. Homeowners policies must provide coverage equal to "HO 2" form.

4.  The maximum deductible must not exceed **5.000 % of the face amount of the insurance policy.**

5.  Policy must provide coverage for a term of at least **One (1) Year(s).**  Premiums may be paid on an annual installment basis only if the policy provides that the Lender will be notified in writing of cancellation 30 days prior to expiration of coverage, for any cause. Binders are not acceptable, unless otherwise mandated by state law.

6.  If any existing policy is provided which will expire within **Six (6) Month(s)**  from the date of the recording of this loan, said policy must be renewed for the required term as noted in #5 above.

7.  All forms and endorsements pertaining to the Lender's requirements must appear on the "Declaration Page" of the policy.

8.  New policies must be accompanied by a signed "Broker of Record Authorization" if borrower(s) have changed Insurance Agents.

9.  Verification of renewal of insurance policies must be in the Lender's office at least thirty days prior to the expiration date of the existing policy. If this requirement is not met, the LENDER OR ITS SUCCESSORS OR ASSIGNS MAY AT THEIR OPTION, BUT WITHOUT OBLIGATION TO DO SO, PROVIDE COVERAGE TO REPLACE ANY EXPIRING POLICIES WHICH HAVE NOT BEEN PROPERLY RENEWED. The premium for such coverage will be remitted promptly by the undersigned, or Lender may charge borrower's account for the cost thereof.

10. The policy must include a standard "mortgagee loss payee clause" (Lenders Loss Payable Endorsement form 438 BFU or equivalent) in favor of:
    **Mason McDuffie Mortgage Corporation, a Corporation, Its Successors And/Or Assigns**
    **12647 Alcosta Blvd, Suite #300**
    **San Ramon, CA 94583**

11. Property address and insureds' names must be designated on the policy as on the ALTA Title Policy.

12. The Lender's loan number must appear on the policy and any subsequent endorsements.

13. Effective date of new policies, endorsements, and/or assignments shall be as of, or prior to, the date of recording this loan.



DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

**LOAN #: 420230345**

14. If the security property is a condominium, the master insurance policy must contain a minimum of **$1,000,000.00** coverage for "Directors & Officers" liability as well as "walls-in" coverage policy (commonly known as HO-6 policy). The policy must include replacement of improvements and betterment coverage to cover any improvements that you may have made to the unit. A copy of the master policy must be submitted to the Lender prior to funding.

AN ACCEPTABLE POLICY, WITH ENDORSEMENTS AND/OR ASSIGNMENTS, MUST BE FORWARDED TO AND RECEIVED BY LENDER BEFORE THIS LOAN CAN BE FUNDED: OTHERWISE, LENDER MAY BE FORCED TO PLACE INTERIM COVERAGE ON THE PROPERTY AT AN ADDITIONAL COST TO THE BORROWER(S).

Each of the undersigned acknowledges that he or she has read and understands the foregoing provisions and insurance requirements. This authorization will remain irrevocable for the undersigned as owner(s) of the subject property, and for any assignees, for as long as this loan remains on subject property.

DocuSigned by:

*Sami Allam*

**SAMI ALLAM**                                                                                    **4/13/2023**

                                                                                                          **DATE**

ICE Mortgage Technology, Inc.                    Page 2 of 2                    GHZ2  0915
                                                                                                          GHZ2 (CLS)



DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

**LOAN #: 420230345**

# FLOOD HAZARD DETERMINATION

Date: **April 14, 2023**

Borrower(s) Name(s):   **Sami Allam**

Property Address:   **7980 SMOKEWOOD DR, COLORADO SPRINGS, CO 80908-5629**

Pursuant to federal regulations, the Lender has evaluated whether or not the improved real property or mobile home (the "Property") which will secure your loan is located in an area designated by the Federal Emergency Management Agency ("FEMA") as a "Special Flood Hazard Area." The Lender has determined that according to FEMA the Property is NOT located in a designated Special Flood Hazard Area. Therefore, flood insurance will NOT be required by the Lender as a condition of closing this loan transaction.

The National Flood Insurance Reform Act of 1994 provides that if the loan servicer at any time during the term of the loan determines that the Property is in a Special Flood Hazard Area the loan servicer must notify the borrower that flood insurance must be obtained. In these cases, the borrower has 45 days to respond and provide evidence of acceptable insurance to the loan servicer; if no response is made by the borrower, the loan servicer can force-place flood insurance after 45 days from the date of notification.

**The undersigned Borrower(s) agree that flood insurance will be purchased if the Property is located in a Special Flood Hazard Area, and if flood insurance is available in the community. The undersigned Borrower(s) further agree that if the Property at any time is determined to be in a Special Flood Hazard Area, and if insurance is available, Borrower(s) will obtain and pay for such insurance in an amount as required by the Lender or loan servicer.**

DocuSigned by:

*Sami Allam*                                                                                 **4/13/2023**

**SAMI ALLAM**                                                                              **DATE**

ICE Mortgage Technology, Inc.

GFLD2   0303
GFLD2 (CLS)

DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

# PRIVATE MORTGAGE INSURANCE
# CANCELLATION/TERMINATION DATA SHEET

Borrower(s):   **Sami Allam**

Loan #:   **420230345**

Settlement Date:   **April 14, 2023**

The Date on which Borrower may Request Cancellation of PMI:   **April 1, 2031**

The Date on which PMI may Automatically Terminate:   **June 1, 2032**

The Date on which the Loan Reaches the Amortization Midpoint:   **May 1, 2038**

The Midpoint Date in which the PMI would terminate based upon the Amortization Midpoint:   **June 1, 2038**

ICE Mortgage Technology, Inc.

GFEDMIC   0316
GFEDMIC (CLS)



DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

# PRIVATE MORTGAGE INSURANCE DISCLOSURE
# FIXED RATE MORTGAGE

Borrower(s):  **Sami Allam**

Date:  **April 14, 2023**

Loan Number:  **420230345**

Property Address:  **7980 SMOKEWOOD DR**
**COLORADO SPRINGS, CO 80908-5629**

Lender:  **Mason McDuffie Mortgage Corporation**

You are obtaining a mortgage loan that requires private mortgage insurance ("PMI"). PMI protects lenders and others against financial loss when borrowers default.  ☐ Charges for the insurance are added to your loan payments or  ☐ Charges for the insurance are collected upfront at loan closing.

Under certain circumstances, federal law gives you the right to cancel PMI or requires that PMI automatically terminate. This disclosure describes when cancellation and termination may occur. Please note that PMI is **not** the same as property/casualty insurance – such as homeowner's or flood insurance – which protects you against damage to the property. Cancellation or termination of PMI does **not** affect any obligation you may have to maintain other types of insurance.

In this disclosure, "loan" means the mortgage loan you are obtaining; "you" means the original borrower (or his or her successors or assigns); and "property" means the property securing the mortgage loan.

**Initial Amortization Schedule**
An amortization schedule showing the principal and interest due on your loan, along with the balance remaining after each scheduled payment, is attached for your reference.

**Borrower Requested Cancellation of PMI**
You have the right to request that PMI be canceled on or after the following dates:

(1)  The date the principal balance of your loan is first **scheduled** to reach 80% of the original value of the property, based solely on the initial amortization schedules for your loan. This date is  **April 1, 2031.**
(2)  The date the principal balance **actually** reaches 80% of the original value of the property.

"Original value" means the lesser of the contract sales price of the property or the appraised value of the property at the time the loan was closed. If this loan refinances an existing loan secured by the property, "original value" means the appraised value relied on by the lender to approve this loan.

PMI will only be canceled if all the following conditions are satisfied:

(1)  you submit a written request to the servicer for cancellation;
(2)  you have a good payment history;
(3)  you are current on the payments required by your loan; and
(4)  the servicer receives, if requested and at your expense, evidence satisfactory to the holder of your loan that the value of the property has not declined below its original value, and certification that there are no subordinate liens on the property.

For purposes of PMI cancellation, a "good payment history" means no payments 60 or more days past due within two years and no payments 30 or more days past due within one year of the later of (a) the cancellation date, or (b) the date you submit a request for cancellation. After receiving your written cancellation request, the servicer will notify you promptly of the type of evidence you must provide to satisfy the condition as described in number 4 above.

**Automatic Termination of PMI**
If you are current on your loan payments, PMI will automatically terminate on the date the principal balance of your loan is first **scheduled** to reach 78% of the original value of the property. This date is  **June 1, 2032.**          If you are **not** current on your loan payments as of that date, PMI will automatically terminate on the first day of the first month beginning after the date you become current on your payments.

Homeowners Protection Act of 1998 and the PMI Technical Corrections Act



DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

**LOAN #: 420230345**

**Exceptions to Cancellation and Automatic Termination**

The cancellation and automatic termination requirements described above do not apply to certain loans that may present a higher risk of default. Your loan, however, does not fall into this category. Accordingly, the cancellation and automatic termination provisions described above apply to your loan.

I/We have received a copy of this disclosure.

DocuSigned by:

*Sami Allam*                                                            **4/13/2023**

**SAMI ALLAM**                                                          **DATE**

DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

# BORROWER CONSENT TO THE USE OF TAX RETURN INFORMATION

Borrower(s):  **Sami Allam**                                             Date:  **April 14, 2023**

Loan Number:  **420230345**

Property Address:  **7980 SMOKEWOOD DR
COLORADO SPRINGS, CO 80908-5629**

Lender:  **Mason McDuffie Mortgage Corporation**

I/We,  **Sami Allam**

understand, acknowledge, and agree that the Lender and Other Loan Participants can obtain, use and share tax return information for purposes of (i) providing an offer; (ii) originating, maintaining, managing, monitoring, servicing, selling, insuring, and securitizing a loan; (iii) marketing; or (iv) as otherwise permitted by applicable laws, including state and federal privacy and data security laws.

The Lender includes the Lender's affiliates, agents, service providers and any of aforementioned parties' successors and assigns. The Other Loan Participants includes any actual or potential owners of a loan resulting from your loan application, or acquirers of any beneficial or other interest in the loan, any mortgage insurer, guarantor, any servicers or service providers for these parties and any of aforementioned parties' successors and assigns.

**ACKNOWLEDGEMENT**

**By signing below, you hereby acknowledge reading and understanding all of the information disclosed above, and receiving a copy of this disclosure on the date indicated below.**

DocuSigned by:

Sami Allam                                                                          4/13/2023

**SAMI ALLAM**                                                                     **DATE**

©2019 The Mortgage Industry Standards Maintenance Organization. All rights reserved.
ICE Mortgage Technology, Inc.

L00000BCTAXRI   0520
GBCTAXRIJ (CLS)





| Form **4506-C**<br>(October 2022) | Department of the Treasury - Internal Revenue Service<br>**IVES Request for Transcript of Tax Return** | OMB Number<br>1545-1872 |
|---|---|---|

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506-C, visit *www.irs.gov* and search IVES.**

| **1a.** Current name | | | **2a.** Spouse's current name *(if joint return and transcripts are requested for both taxpayers)* | | |
|---|---|---|---|---|---|
| i. First name<br>Sami | ii. Middle initial | iii. Last name/BMF company name<br>Allam | i. Spouse's first name | ii. Middle initial | iii. Spouse's last name |

| **1b.** First taxpayer identification number *(see instructions)*<br>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 | **2b.** Spouse's taxpayer identification number *(if joint return and transcripts are requested for both taxpayers)* |
|---|---|

| **1c.** Previous name shown on the last return filed if different from line 1a | | | **2c.** Spouse's previous name shown on the last return filed if different from line 2a | | |
|---|---|---|---|---|---|
| i. First name | ii. Middle initial | iii. Last name | i. First name | ii. Middle initial | iii. Last name |

**3.** Current address *(including apt., room, or suite no.)*, city, state, and ZIP code *(see instructions)*

| a. Street address *(including apt., room, or suite no.)*<br>6435 Dancing Star Way | b. City<br>Colorado Springs | c. State<br>CO | d. ZIP code<br>80911 |
|---|---|---|---|

**4.** Previous address shown on the last return filed if different from line 3 *(see instructions)*

| a. Street address *(including apt., room, or suite no.)* | b. City | c. State | d. ZIP code |
|---|---|---|---|

**5a.** IVES participant name, ID number, SOR mailbox ID, and address

| i. IVES participant name<br>Mason McDuffie Mortgage Corporation C/O Datav | ii. IVES participant ID number | iii. SOR mailbox ID |
|---|---|---|
| iv. Street address *(including apt., room, or suite no.)*<br>875 Greentree Road / 8 Parkway Center | v. City<br>Pittsburgh | vi. State<br>PA | vii. ZIP code<br>15220 |

| **5b.** Customer file number *(if applicable) (see instructions)* | **5c.** Unique identifier *(if applicable) (see instructions)* |
|---|---|

**5d.** Client name, telephone number, and address *(this field cannot be blank or not applicable (NA))*

| i. Client name<br>Mason McDuffie Mortgage Corporation | ii. Telephone number<br>720-640-8218 |
|---|---|
| iii. Street address *(including apt., room, or suite no.)*<br>7222 Commerce Center Drive 210 | iv. City<br>Colorado Springs | v. State<br>CO | vi. ZIP code<br>80919 |

**Caution:** This tax transcript is being sent to the third party entered on Line 5a and/or 5d. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6. Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request for line 6 transcripts.

| **a.** Return Transcript ☐ | **b.** Account Transcript ☐ | **c.** Record of Account ☐ |
|---|---|---|

**7. Wage and Income transcript** *(W-2, 1098-E, 1099-G, etc.)*  ☒

**a.** Enter a max of three form numbers here; if no entry is made, all forms will be sent.

**b.** Mark the checkbox for taxpayer(s) requesting the wage and income transcripts. If no box is checked, transcripts will be provided for all listed taxpayers

Line 1a ☐        Line 2a ☐

**8.** Year or period requested. Enter the ending date of the tax year or period using the mm dd yyyy format *(see instructions)*

12 / 31 / 2022        12 / 31 / 2021        12 / 31 / 2020        / /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or, if applicable, line 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign; however, if both spouses' names and TINs are listed in lines 1a-1b and 2a-2b, both spouses must sign the request. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

| ☒ | Signatory attests that he/she has read the above attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions. |
|---|---|

| | Signature for Line 1a *(see instructions)*<br>*Sami Allam* | Date<br>**4/13/2023** | Phone number of taxpayer on line 1a or 2a<br>312-998-5756 |
|---|---|---|---|
| | ☐ Form 4506-C was signed by an Authorized Representative | ☒ Signatory confirms document was electronically signed | |
| **Sign Here** | Print/Type name<br>Sami Allam | | |
| | Title *(if line 1a above is a corporation, partnership, estate, or trust)* | | |
| | Spouse's signature *(required if listed on Line 2a)* | Date | |
| | ☐ Form 4506-C was signed by an Authorized Representative | ☐ Signatory confirms document was electronically signed | |
| | Print/Type name | | |

| Catalog Number 72627P | www.irs.gov | Form **4506-C** (Rev. 10-2022) |
|---|---|---|

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**

# Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New.** Form 4506-C includes the Client company requesting transcripts and increased the number of Wage and Income transcripts requests.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Section 6103(c) limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Section 6103(c) limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax return information through an Authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note:** If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES participant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

## Chart for ordering transcripts

| If your assigned Service Center is: | Fax the requests with the approved coversheet to: |
|---|---|
| Austin Submission Processing Center | Austin IVES Team 844-249-6238 |
| Kansas City Submission Processing Center | Kansas City IVES Team 844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team 844-249-8129 |

## Specific Instructions

**Line 1a/2a** *(if spouse is also requested).* For IMF Requests: Enter the First, Middle Intial, and Last Name in the indicated fields. If all characters will not fit, please enter up to 12 for First name and 22 for Last name. For BMF Requests: Enter the company name in the Last Name field. If all characters will not fit, please enter up to 22.

**Line 1b/2b** *(if spouse is also requested).* Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a including the dashes in the correct format, or enter the employer identification number (EIN) for the business listed on line 1a including the dashes in the correct format.

**Line 1c/2c** *(if spouse is also requested).* Enter your previous name as shown on your last filed tax return if different than line 1a.

**Line 3.** Enter your current address in the indicated fields. If you use a P.O. Box, include it and the number in the Current Address field.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b.** Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Line 5c.** Enter up to 10 alpha-numeric characters to create a unique identifier that will show in the mailbox file information. The unique identifier cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note.** If you use an SSN, we will not input the information and the customer file number or unique identifier will reflect a generic entry of "9999999999".

**Line 5d.** Enter the Client company name, address, and phone number in the indicated fields. A Client company receives the requested tax transcripts from the IVES participant. If the IVES participant is also the Client company, the IVES participant information should be entered on Line 5a and 5d. These fields cannot be blank or Not Applicable (NA).

**Line 6.** Enter only one tax form number (1040, 1065, 1120, etc.) per request for all line 6 transcripts request types.

**Line 6a.** Return Transcript includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-H, Form 1120-L, and Form 1120-S. Return transcripts are available for the current year and returns processed during the prior 3 processing years.

**Line 6b.** Account Transcript contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns.

**Line 6c.** Record of Account provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years.

**Line 7.** The IRS can provide a transcript that includes data from these information returns: Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. Enter up to three information return types. If no specific type is requested, all forms will be provided. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, Form W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need Form W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213.

**Line 8.** Enter the end date of the tax year or period requested in mm dd yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12 31 2018 for a calendar year 2018 Form 1040 transcript.



*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.*

**Signature and date.** Form 4506-C must be signed and dated by the taxpayer listed on line 1a and, if listed, 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, including lines 5a through 8, are completed before signing.

**Authorized Representative:** A representative can sign Form 4506-C for a taxpayer if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5a, and Form 2848 is attached to the Form 4506-C request. If you are Heir at Law, Next of Kin, or Beneficiary, you must be able to establish a material interest in the estate or trust. If Form 4506-C is signed by a representative, the Authorized Representative check box must be marked.

**Electronic Signature:** Only IVES participants that opt in to the Electronic Signature usage can accept electronic signatures. Contact the IVES participant for approval and guidance for electronic signatures. If the Form 4506-C is signed electronically, the Electronic Signature check box must be marked.

**Individuals.** Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Signatures are required for all taxpayers listed on Line 1a and 2a.

**Corporations.** Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

Learning about the law or the form . . . . . . 10 min.
Preparing the form . . . . . . . . . . . . . . . 12 min.
Copying, assembling, and sending
the form to the IRS . . . . . . . . . . . . . . . 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.

DocuSign Envelope ID: 6EF84147-95A6-47EE-8052-E25812DF1561

| Form **4506-C** | Department of the Treasury - Internal Revenue Service | OMB Number |
|---|---|---|
| (October 2022) | **IVES Request for Transcript of Tax Return** | 1545-1872 |

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506-C, visit *www.irs.gov* and search IVES.**

| **1a.** Current name | | | **2a.** Spouse's current name *(if joint return and transcripts are requested for both taxpayers)* | | |
|---|---|---|---|---|---|
| **i.** First name | **ii.** Middle initial | **iii.** Last name/BMF company name | **i.** Spouse's first name | **ii.** Middle initial | **iii.** Spouse's last name |
| Sami | | Allam | | | |

| **1b.** First taxpayer identification number *(see instructions)* | **2b.** Spouse's taxpayer identification number *(if joint return and transcripts are requested for both taxpayers)* |
|---|---|
| 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 | |

| **1c.** Previous name shown on the last return filed if different from line 1a | | | **2c.** Spouse's previous name shown on the last return filed if different from line 2a | | |
|---|---|---|---|---|---|
| **i.** First name | **ii.** Middle initial | **iii.** Last name | **i.** First name | **ii.** Middle initial | **iii.** Last name |

**3.** Current address *(including apt., room, or suite no.), city, state, and ZIP code (see instructions)*

| **a.** Street address *(including apt., room, or suite no.)* | **b.** City | **c.** State | **d.** ZIP code |
|---|---|---|---|
| 6435 Dancing Star Way | Colorado Springs | CO | 80911 |

**4.** Previous address shown on the last return filed if different from line 3 *(see instructions)*

| **a.** Street address *(including apt., room, or suite no.)* | **b.** City | **c.** State | **d.** ZIP code |
|---|---|---|---|
| | | | |

**5a.** IVES participant name, ID number, SOR mailbox ID, and address

| **i.** IVES participant name | **ii.** IVES participant ID number | **iii.** SOR mailbox ID |
|---|---|---|
| Mason McDuffie Mortgage Corporation C/O Datav | | |
| **iv.** Street address *(including apt., room, or suite no.)* | **v.** City | **vi.** State | **vii.** ZIP code |
| 875 Greentree Road / 8 Parkway Center | Pittsburgh | PA | 15220 |

| **5b.** Customer file number *(if applicable) (see instructions)* | **5c.** Unique identifier *(if applicable) (see instructions)* |
|---|---|
| | |

**5d.** Client name, telephone number, and address *(this field cannot be blank or not applicable (NA))*

| **i.** Client name | **ii.** Telephone number |
|---|---|
| Mason McDuffie Mortgage Corporation | 720-640-8218 |
| **iii.** Street address *(including apt., room, or suite no.)* | **iv.** City | **v.** State | **vi.** ZIP code |
| 7222 Commerce Center Drive 210 | Colorado Springs | CO | 80919 |

**Caution:** This tax transcript is being sent to the third party entered on Line 5a and/or 5d. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6. Transcript requested.** Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request for line 6 transcripts

1040

| **a.** Return Transcript | [X] | **b.** Account Transcript | [ ] | **c.** Record of Account | [ ] |
|---|---|---|---|---|---|

**7. Wage and Income transcript** *(W-2, 1098-E, 1099-G, etc.)*

**a.** Enter a max of three form numbers here; if no entry is made, all forms will be sent.

**b.** Mark the checkbox for taxpayer(s) requesting the wage and income transcripts. If no box is checked, transcripts will be provided for all listed taxpayers

| Line 1a | [ ] | Line 2a | [ ] |
|---|---|---|---|

**8.** Year or period requested. Enter the ending date of the tax year or period using the mm dd yyyy format *(see instructions)*

12 / 31 / 2022       12 / 31 / 2021       12 / 31 / 2020       /   /

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or, if applicable, line 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign; however, if both spouses' names and TINs are listed in lines 1a-1b and 2a-2b, both spouses must sign the request. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note:** This form must be received by IRS within 120 days of the signature date.

[X] **Signatory attests that he/she has read the above attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

|  | Signature for Line 1a *(see instructions)* | Date | Phone number of taxpayer on line 1a or 2a |
|---|---|---|---|
| | *Sami Allam* (signature) | 4/13/2023 | 312-998-5756 |
| | [ ] Form 4506-C was signed by an Authorized Representative | [X] Signatory confirms document was electronically signed | |
| **Sign Here** | Print/Type name | | |
| | Sami Allam | | |
| | **Title** *(if line 1a above is a corporation, partnership, estate, or trust)* | | |
| | Spouse's signature *(required if listed on Line 2a)* | Date | |
| | [ ] Form 4506-C was signed by an Authorized Representative | [ ] Signatory confirms document was electronically signed | |
| | Print/Type name | | |

| Catalog Number 72627P | www.irs.gov | Form **4506-C** (Rev. 10-2022) |
|---|---|---|

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**

# Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New.** Form 4506-C includes the Client company requesting transcripts and increased the number of Wage and Income transcripts requests.

## General Instructions

**Caution**: Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification.** Section 6103(c) limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification.** Section 6103(c) limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form.** Use Form 4506-C to request tax return information through an Authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note:** If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file.** The IVES participant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

## Chart for ordering transcripts

| If your assigned Service Center is: | Fax the requests with the approved coversheet to: |
| --- | --- |
| Austin Submission Processing Center | Austin IVES Team 844-249-6238 |
| Kansas City Submission Processing Center | Kansas City IVES Team 844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team 844-249-8129 |

## Specific Instructions

**Line 1a/2a** *(if spouse is also requested).* For IMF Requests: Enter the First, Middle Intial, and Last Name in the indicated fields. If all characters will not fit, please enter up to 12 for First name and 22 for Last name. For BMF Requests: Enter the company name in the Last Name field. If all characters will not fit, please enter up to 22.

**Line 1b/2b** *(if spouse is also requested).* Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a including the dashes in the correct format, or enter the employer identification number (EIN) for the business listed on line 1a including the dashes in the correct format.

**Line 1c/2c** *(if spouse is also requested).* Enter your previous name as shown on your last filed tax return if different than line 1a.

**Line 3**. Enter your current address in the indicated fields. If you use a P.O. Box, include it and the number in the Current Address field.

**Line 4**. Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b**. Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Line 5c**. Enter up to 10 alpha-numeric characters to create a unique identifier that will show in the mailbox file information. The unique identifier cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note.** If you use an SSN, we will not input the information and the customer file number or unique identifier will reflect a generic entry of "9999999999".

**Line 5d**. Enter the Client company name, address, and phone number in the indicated fields. A Client company receives the requested tax transcripts from the IVES participant. If the IVES participant is also the Client company, the IVES participant information should be entered on Line 5a and 5d. These fields cannot be blank or Not Applicable (NA).

**Line 6**. Enter only one tax form number (1040, 1065, 1120, etc.) per request for all line 6 transcripts request types.

**Line 6a**. Return Transcript includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-H, Form 1120-L, and Form 1120-S. Return transcripts are available for the current year and returns processed during the prior 3 processing years.

**Line 6b**. Account Transcript contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns.

**Line 6c**. Record of Account provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years.

**Line 7**. The IRS can provide a transcript that includes data from these information returns: Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. Enter up to three information return types. If no specific type is requested, all forms will be provided. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, Form W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need Form W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213.

**Line 8**. Enter the end date of the tax year or period requested in mm dd yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12 31 2018 for a calendar year 2018 Form 1040 transcript.



*You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.*

**Signature and date**. Form 4506-C must be signed and dated by the taxpayer listed on line 1a and, if listed, 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, including lines 5a through 8, are completed before signing.

**Authorized Representative**: A representative can sign Form 4506-C for a taxpayer if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5a, and Form 2848 is attached to the Form 4506-C request. If you are Heir at Law, Next of Kin, or Beneficiary, you must be able to establish a material interest in the estate or trust. If Form 4506-C is signed by a representative, the Authorized Representative check box must be marked.

**Electronic Signature**: Only IVES participants that opt in to the Electronic Signature usage can accept electronic signatures. Contact the IVES participant for approval and guidance for electronic signatures. If the Form 4506-C is signed electronically, the Electronic Signature check box must be marked.

**Individuals**. Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Signatures are required for all taxpayers listed on Line 1a and 2a.

**Corporations**. Generally, Form 4506-C can be signed by:

(1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships**. Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others**. See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation**. For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

| | |
| --- | --- |
| Learning about the law or the form | 10 min. |
| Preparing the form | 12 min. |
| Copying, assembling, and sending the form to the IRS | 20 min. |

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.



7/5/2023                                          $30,341.43

## Transaction Details

DATE FILED: January 18, 2024 3:17 PM
FILING ID: 7360518FEECC1
CASE NUMBER: 2024CV30107

MASON MCDUFFIE M/BILL PAY                    - $3,648.31
6/21/2023                                          $25,644.78

| | |
|---|---|
| Effective Date | 6/21/2023 |
| Posted On | 11:10:11 AM |
| Serial # | 20230621111011930 |
| Description | WITHDRAWAL BY TRANSFER |

Close

MASON MCDUFFIE M/BILL PAY        - $3,648.31
6/21/2023                              $25,644.78



| Account Number | Date Posted | Effective Date | Paid to Date | Transaction Code | Transaction Description | Fee Description | Transaction | Principal | Interest | Escrow | Fees | Late Charges | Unapplied | Optional Products | Teller Number | UPB After Transaction | Esc Bal After Transaction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7601700034 | 09/20/2023 | | 09/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | -178.88 | | | -178.88 | | | | | 32074 | 475257.72 | 2109.12 |
| 7601700034 | 09/13/2023 | 09/13/2023 | 09/01/2023 | AP | AUTOPOST | | 3648.31 | 439.1 | 2572.73 | 636.48 | | | | | 93 | 475257.72 | 2288 |
| 7601700034 | 08/09/2023 | | 08/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | -178.88 | | | -178.88 | | | | | 32074 | 475696.82 | 1651.52 |
| 7601700034 | 08/08/2023 | 08/08/2023 | 08/01/2023 | AP | AUTOPOST | | 3648.31 | 436.74 | 2575.09 | 636.48 | | | | | 93 | 475696.82 | 1830.4 |
| 7601700034 | 07/14/2023 | 07/14/2023 | 07/01/2023 | AP | AUTOPOST | | 3648.31 | 434.39 | 2577.44 | 636.48 | | | | | 98 | 476133.56 | 1193.92 |
| 7601700034 | 07/07/2023 | | 06/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | -178.88 | | | -178.88 | | | | | 32074 | 476133.56 | 557.44 |
| 7601700034 | 07/06/2023 | 07/06/2023 | 06/01/2023 | AP | AUTOPOST | | 3648.31 | 432.05 | 2579.78 | 636.48 | | | | | 93 | 476567.95 | 736.32 |
| 7601700034 | 06/09/2023 | | 05/01/2023 | E40 | EN MASSE ESCROW DISBURSEMENT | | -357.76 | | | -357.76 | | | | | | 477000 | 99.84 |
| 7601700034 | 05/02/2023 | 05/02/2023 | 05/01/2023 | SR | SINGLE ITEM RECEIPT | | 457.6 | | | 457.6 | | | | | | 477000 | 457.6 |
| 7601700034 | 04/26/2023 | | 05/01/2023 | AA | ADMINISTRATIVE ADJUSTMENTS | | | | | | | | | | | 477000 | |

DATE FILED: January 18, 2024 3:17 PM
FILING ID: 7360518FEEC61
CASE NUMBER: 2024CV30107

 SoFi

← **Credit Score**

DATE FILED: January 18, 2024 3:17 PM
FILING ID: 7360518FEECC1
CASE NUMBER: 2024CV30107

# 634   Your credit has room for improvement.

**141 Pts**

Updated Jul 13    Vantage 3.0® credit score

With a score between 601–657, you may receive limited offers on credit cards, mortgages or loans. ⓘ

| 300 | 600 | 657 | 719 | 780 | 850 |

Credit utilization

**Credit Card Utilization: Everything You Need To Know**



**Learn more**

## Recently changed

**Total accounts**                          **26** ›
A new account, BSI MTG has been opened

**Derogatory marks**                         **1** ›
A new Collection has been reported

## Credit factors

**Credit utilization**                       **3%** ›

| Payment history | 100% | > |
| Average age of credit | 5 yrs 6 mos | > |
| Inquiries | 8 | > |

## Score history

**141 Pts in the last 24 hours**



3M    6M    1Y

---

### Spot an error?

If you see an error or want to dispute something on your credit report, please contact TransUnion®

**Go to TransUnion®**

---

**Privacy & Security Terms of Use Disclaimers Licenses NMLS Access Eligibility Criteria**

SoFi's Insights tool offers users the ability to connect both SoFi accounts and external accounts using Plaid, Inc.'s service. When you use the service to connect an account, you authorize SoFi to obtain account information from any external accounts as set forth in SoFi's Terms of Use. SoFi assumes no responsibility for the timeliness, accuracy, deletion, non-delivery or failure to store any user data, loss of user data, communications, or personalization settings. You shall confirm the accuracy of Plaid data through sources

independent of SoFi. The credit score provided to you is a VantageScore® based on TransUnion® (the "Processing Agent") data.

© 2023 Social Finance, Inc.

SSL Encrypted

Equal Housing Lender

**From:** Fernando Adame <fadame@bsifinancial.com>
**Date:** July 18, 2023 at 8:08:24 AM MDT
**To:** mr.samallam@gmail.com
**Subject: BSI Financial Services - Escalation**

DATE FILED: January 18, 2024 3:17 PM
FILING ID: 7360518FEECC1
CASE NUMBER: 2024CV30107

Good morning,

My name is Fernando Adame; I received information regarding the error reporting June's payment as late. Please accept our apologies regarding this error.
The code to add RESPA to your account failed when your loan was boarded. RESPA protects the borrower during the transfer period for 60 days.
During that time, the servicer will not report any late payments.

If you have any questions, please don't hesitate to call me. My direct line is 949.526.8363; my hours are from 8 am-4 pm CST.

Thank You!

      *Fernando Adame*
      *MSR Transaction Management*



BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
bsi.myloanweb.com

DATE FILED: January 18, 2024 3:17 PM
FILING ID: 7360518FEECC1
CASE NUMBER: 2024CV30107

07/18/23

Sami Allam
7980 Smokewood Dr
Colorado Springs, CO 80908

Dear Sami Allam:

This letter is confirming that the account 7601700034 had been reported delinquent in error. The correction has been submitted to reflect RESPA from June 2023 to August 2023 and will be reported to three major credit reporting bureaus, this adjustment may take up to 30 days to reflect on credit reports. You may use this letter of correction interim.

Should you have any additional questions please contact our customer service department at 800-327-7861.

Thank you,

Customer Care
1-866-949-0136
Fax 800-878-4645

BSI Financial Services
NMLS # 38078; # 842052

T05_T98-12152015

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 10:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).Colorado Office Location: 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112 (303) 309-3839.
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**BSI Financial Services**

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-217-1366 Fax
www.bsifinancial.com

Sent via First Class Mail and
Via email to smcmechan@mcmecchanlaw.com

DATE FILED: January 18, 2024 3:17 PM
FILING ID: 7360518FEECC1
CASE NUMBER: 2024CV30107

October 23, 2023

Samuel McMechan, Esq.
Attorney at Law; McMechan Law, LLC
13791 E. Rice Place #118
Aurora, CO 80015

RE:    Borrower Name:        Sami Allam
       Account Number:       7601700034
       Property address:     7980 Smokewood Drive, Colorado Springs, CO 80908
       Certified Mail Number: 7022 2410 0002 5869 8729

Dear Samuel McMechan, Esq.,

We received your demand letter on September 8, 2023, regarding the above-referenced loan, addressed to BSI Financial Services (BSI), which was forwarded to my attention for review and response. In your letter, you allege that your client has suffered significant financial damages as a result of "illegal reporting his loan as late within 60 days of transfer".

After reviewing the inquiry and conducting a thorough investigation, please be advised that BSI acquired the loan and began servicing on April 26, 2023. BSI mailed a welcome letter to the borrower's attention on April 27, 2023. A copy is enclosed.

Since BSI was the initial servicer for your client's loan, there was no servicing transfer and therefore the RESPA Transfer of Servicing rule you reference does not apply.

In addition, billing statements dated April 28, 2023, May 1, 2023, June 1, 2023, and July 6, 2023 were mailed to your client at the above referenced property address which would further indicate

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. – Fri. 8:00 am to 11:00 pm (ET), Sat. 8:00 am to 12:00 pm (ET). Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2116041-DCWP). North Carolina Collection Agency Permit (# 105608). Colorado Office Location: 7200 S. Alton Way, Ste. B180, Centennial, CO 80112 (303) 309-3839. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE HTTPS://COAG.GOV/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-217-1366 Fax
www.bsifinancial.com

that BSI was servicing his loan and that payments should be sent to the address provided. Copies of those billing statements are also enclosed.

As a courtesy, on July 14, 2023, BSI submitted a correction request to the credit agencies to remove the delinquency for the June 1, 2023, payment, received on July 5, 2023.

At this time, BSI is not willing to offer any monetary reimbursement for your client's alleged losses pertaining to his commercial real estate business activities.

As of the date of this letter, the loan is currently due for November 2023 payment. A copy of the payment history is enclosed.

Should you have any further questions regarding this matter, please contact me at 972-347-4350 during the hours listed below.

Monday through Friday 8:00 am to 5:00 pm (ET)


Sincerely,

*David Hobson*

David Hobson
Litigation Counsel
BSI Financial Services
NMLS # 38078; # 126672

This is an attempt to collect a debt. Any information obtained will be used for that purpose.


Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. – Fri. 8:00 am to 11:00 pm (ET), Sat. 8:00 am to 12:00 pm (ET). Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2116041-DCWP). North Carolina Collection Agency Permit (# 105608). Colorado Office Location: 7200 S. Alton Way, Ste. B180, Centennial, CO 80112 (303) 309-3839. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE HTTPS://COAG.GOV/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.


**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Phone: 800-327-7861
bsi.myloanweb.com

**Mortgage Statement**

STATEMENT DATE        04/28/23
Property Address: 7980 SMOKEWOOD DR, COLORADO SPRINGS CO
80908

| Account Number: | 7601700034 |
|---|---|
| Payment Date: | 05/01/23 |
| **Payment Amount:** | **$0.00** |

ACH Status: Not Active
If payment is received after 05/16/23, $0.00 late fee will be charged.

DATE FILED: January 18, 2024 3:17 PM
FILING ID: 7360518FEECC1
CASE NUMBER: 2024CV30107

**Explanation of Amount Due**

SAMI ALLAM
7980 SMOKEWOOD DR
COLORADO SPRINGS CO 80908

| | |
|---|---|
| Principal: | $0.00 |
| Interest: | $0.00 |
| Escrow (Taxes and/or Insurance): | $0.00 |
| **Current Monthly Payment:** | **$0.00** |
| Total Fees and Other Charges: | $0.00 |
| Overdue Payments: | $0.00 |
| **Total Payment Amount:** | **$0.00** |

## Account Information

| | | | |
|---|---|---|---|
| * Outstanding Principal: | $477,000.00 | | |
| Interest Rate (Until Maturity): | 6.49000% | Prepayment Penalty: | NO |
| Escrow Balance: | $0.00 | | |

\* The outstanding principal balance does not represent the payoff of your loan. Please see reverse for more information.

## Transaction Activity ( to 04/28/23)

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| No Activity This Period | | | | | | | |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and/or Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $0.00 | $0.00** |
| **Total** | **$0.00** | **$0.00**** |

Servicing Transfer Condition: We note that your loan recently transferred to BSI Financial Services. Previous balances may not accurately be reflected in this statement as we continue to review your loan.
\* Partial Payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
\*\* These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

Your loan is currently due
for the 06/01/23 payment.

We appreciate and value your business!

**IMPORTANT BANKRUPTCY INFORMATION**

**For Informational Purposes Only.** If you have filed a bankruptcy petition and there is an "automatic stay" in effect or you have received a discharge of your personal liability for this loan, we may not and do not intend to pursue collection of this loan from you personally. If either of these circumstances apply, this communication is not and should not be construed to be a demand for payment from you personally, but strictly for information purposes only.

**Important Messages**

Keep upper portion for your records. See reverse for important information.
Please return this portion with your payment


**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Phone: 800-327-7861
bsi.myloanweb.com

**Account Number:** 7601700034
Property Address: 7980 SMOKEWOOD DR, COLORADO SPRINGS CO 80908
SAMI ALLAM
7980 SMOKEWOOD DR
COLORADO SPRINGS CO 80908

☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.

☐ Payoff Proceeds Enclosed

| **Payment Amount** | |
|---|---|
| Payment Date: | 05/01/23 |
| Payment Amount: | $0.00 |

If payment is received after 05/16/23, $0.00 late fee will be charged.

\*All amounts due must be paid in full before additional principal reduction can be made.
Additional Principal: $_____
Additional Escrow: $_____

| **Total Amount Enclosed** | $_____ |
|---|---|

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

7601700034  000000000003

**Payment Options**
BSI Financial Services provides you the following options for making your mortgage loan payments:

- Mail: BSI Financial Services, P.O. Box 679002, Dallas, TX 75267-9002
- Online: bsi.myloanweb.com
- Pay-by-Phone: 800-327-7861. A fee may apply for this service.
ACH - Monthly, Bi-Weekly and Weekly ACH: Please call 800-327-7861 for instructions on how to enroll in the ACH program.
- Western Union: Visit the Western Union office nearest you. To make the payment, you will need your loan number, the CODE CITY ("BSI") and the STATE ("PA"). To locate the Western Union office nearest you, call 800.325.6000.
- Overnight Address: BSI Financial Services, Lockbox Number 679002, 1200 E Campbell Rd Ste. 108, Richardson, TX 75081

**Important Notice: BSI Financial Services does not accept cash payments or postdated checks. All payments will be applied upon receipt.**

**Payment Information**

- **How Payments are Applied:** Payments we receive will be applied in accordance with the terms of your mortgage note. This generally means that funds will first be applied to any payments past due. Once your loan is current, any additional available funds will be applied to outstanding fees, costs and advances prior to being applied to reduce your principal balance. Our servicing system allows for one advance payment. If you send in enough money to satisfy more than one additional monthly payment, any remaining funds will then be applied to fees, costs and your principal balance. Should you have any questions regarding a specific payment, please call our Customer Care Department at 800-327-7861.
- **Additional Amounts:** This is known as a curtailment or partial prepayment. If your loan is current and has the standard payment application requirements (check your Note, Mortgage and any applicable Riders for details), an amount in excess of the regular payment amount will be applied first to any outstanding charges (such as late fees or interest) and then to principal. Also, if your Note has a prepayment penalty, the extra amount you send could trigger that penalty. Please check your Note and understand what it means.
- **Partial Payments:** If you make a partial payment, which is less than an amount sufficient to cover your principal, interest and escrow (if applicable) for a given billing cycle, we may credit the partial payment to your account, return the partial payment to you, or hold the payment in an unapplied funds account. If your statement activity reflects a partial payment was placed in an unapplied funds account, your payment will be held in the unapplied funds account until we receive sufficient funds to cover a full monthly payment. To have your funds applied, you must remit an additional amount sufficient to complete the monthly payment.
- **Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and risk of foreclosure. If you are currently in the military service, or have been within the last 12 months, and joined after signing the Note and Security Instrument now in default, please notify us immediately.

**Loan Reinstatement and Payoff Information**
The outstanding balance and amount due on your statement is as of the date of the statement and is not the amount needed to bring your loan current or to pay off your loan in full. Because of interest, late charges and other charges that may vary from day to day, the outstanding amounts due on your loan will increase. If your loan is in default, foreclosure activity and costs associated therewith will continue to accrue until the loan is fully reinstated or paid in full. If you would like to bring your loan current, please contact our Customer Care Department or your Loss Mitigation Specialist to request a Reinstatement Quote within 48 hours of when you intend to reinstate. If you are planning on paying off your loan, you must request a payoff quote a minimum of 5 business days before your anticipated payoff date and you will be provided a written Payoff Statement. Our agents are unable to give you a verbal payoff quote.

**Mortgage Counseling and Assistance**
If you are experiencing financial difficulty and would like counseling or assistance, you can find a list of homeownership counselors in your area on the U.S. Department of Housing and Urban Development's website at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call their toll-free number at 1-800-569-4287.

**Qualified Written Requests**
Under the Real Estate Settlement Procedures Act, a qualified written request is written correspondence (other than notice on your payment coupon or other payment medium supplied by us) regarding the servicing of your loan that identifies your name, account number and the specific reasons for the request (such as an error on your loan account or a request for information). Any qualified written request you wish to submit must be sent to:BSI Financial Services, Attention: Qualified Written Requests,314 S Franklin St. / Second Floor PO Box 517 Titusville, PA 16354.

**Negative Credit Information Notice**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. You have the right to dispute the accuracy of the information reported by writing to us at the address listed above.

**BSI Financial Services is a debt collector, and any information you provide to us may be used to collect a debt.**
**Licensed as Servis One, Inc. dba BSI Financial Services.** This notice is being sent on behalf of BSI Financial Services by its servicing agent, BSI Financial Services. BSI Financial Services NMLS# 38078.

Colorado Office Location: 7200 S. Alton Way, Ste. B180, Centennial, CO 80112 303-309-3839.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE
https://coag.gov/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/.

---

### CHANGE OF NAME / ADDRESS NOTIFICATION

If applicable, please complete the change of address and personal information below (if name change, please supply supporting documentation):

NAME _____

STREET ADDRESS _____

CITY/STATE _____    ZIP CODE _____

SIGNATURE _____    DATE _____

 **BSI Financial** Services

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Phone: 800-327-7861
bsi.myloanweb.com

**Mortgage Statement**

STATEMENT DATE 05/01/23
Property Address: 7980 SMOKEWOOD DR, COLORADO SPRINGS CO 80908

| Account Number: | 7601700034 |
|---|---|
| Payment Date: | 06/01/23 |
| **Payment Amount:** | **$3,648.31** |

ACH Status: Not Active
If payment is received after 06/16/23, $0.00 late fee will be charged.

SAMI ALLAM
7980 SMOKEWOOD DR
COLORADO SPRINGS CO 80908

**Explanation of Amount Due**

| | |
|---|---|
| Principal: | $432.05 |
| Interest: | $2,579.78 |
| Escrow (Taxes and/or Insurance): | $636.48 |
| **Current Monthly Payment:** | **$3,648.31** |
| Total Fees and Other Charges: | $0.00 |
| Overdue Payments: | $0.00 |
| **Total Payment Amount:** | **$3,648.31** |

## Account Information

| | | |
|---|---|---|
| * Outstanding Principal: | $477,000.00 | |
| Interest Rate (Until Maturity): | 6.49000% | Prepayment Penalty: NO |
| Escrow Balance: | $0.00 | |

* The outstanding principal balance does not represent the payoff of your loan. Please see reverse for more information.

## Transaction Activity (04/28/23 to 05/01/23)

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| No Activity This Period | | | | | | | |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and/or Insurance) | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $0.00 | $0.00** |
| Total | $0.00 | $0.00** |

Servicing Transfer Condition: We note that your loan recently transferred to BSI Financial Services. Previous balances may not accurately be reflected in this statement as we continue to review your loan.
* Partial Payments. Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

Your loan is currently due for the 06/01/23 payment.

We appreciate and value your business!

**IMPORTANT BANKRUPTCY INFORMATION**

**For Informational Purposes Only.** If you have filed a bankruptcy petition and there is an "automatic stay" in effect or you have received a discharge of your personal liability for this loan, we may not and do not intend to pursue collection of this loan from you personally. If either of these circumstances apply, this communication is not and should not be construed as a demand for payment from you personally, but strictly for information purposes only.

**Important Messages**

Keep upper portion for your records. See reverse for important information.
Please return this portion with your payment

 **BSI Financial** Services

☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.

☐ Payoff Proceeds Enclosed

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Phone: 800-327-7861
bsi.myloanweb.com

**Account Number:** 7601700034

Property Address: 7980 SMOKEWOOD DR, COLORADO SPRINGS CO 80908

SAMI ALLAM
7980 SMOKEWOOD DR
COLORADO SPRINGS CO 80908

**Payment Amount**

| Payment Date: | 06/01/23 |
|---|---|
| Payment Amount: | $3,648.31 |

If payment is received after 06/16/23, $0.00 late fee will be charged.

*All amounts due must be paid in full before additional principal reduction can be made.

Additional Principal: $_____
Additional Escrow: $_____

**Total Amount Enclosed**   $_____

**BSI Financial Services**
**PO BOX 679002**
**Dallas TX 75267-9002**

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

7601700034 000003648311

**Payment Options**

BSI Financial Services provides you the following options for making your mortgage loan payments:

- Mail: BSI Financial Services, P.O. Box 679002, Dallas, TX 75267-9002

- Online: bsi.myloanweb.com

- Pay-by-Phone: 800-327-7861. A fee may apply for this service.

- Monthly, Bi-Weekly and Weekly ACH: Please call 800-327-7861 for instructions on how to enroll in the ACH program.

- Western Union: Visit the Western Union office nearest you. To make the payment, you will need your loan number, the CODE CITY ("BSI") and the STATE ("PA"). To locate the Western Union office nearest you, call 800.325.6000.

- Overnight Address: BSI Financial Services, Lockbox Number 679002, 1200 E Campbell Rd Ste. 108, Richardson, TX 75081

**Important Notice: BSI Financial Services does not accept cash payments or postdated checks. All payments will be applied upon receipt.**

**Payment Information**

- **How Payments are Applied:** Payments we receive will be applied in accordance with the terms of your mortgage note. This generally means that funds will first be applied to any payments past due. Once your loan is current, any additional available funds will be applied to outstanding fees, costs and advances prior to being applied to reduce your principal balance. Our servicing system allows for one advance payment. If you send in enough money to satisfy more than one additional monthly payment, any remaining funds will then be applied to fees, costs and your principal balance. Should you have any questions regarding a specific payment, please call our Customer Care Department at 800-327-7861.
- **Additional Amounts:** This is known as a curtailment or partial prepayment. If your loan is current and has the standard payment application requirements (check your Note, Mortgage and any applicable Riders for details), an amount in excess of the regular payment amount will be applied first to any outstanding charges (such as late fees or interest) and then to principal. Also, if your Note has a prepayment penalty, the extra amount you send could trigger that penalty. Please check your Note and understand what it means.
- **Partial Payments:** If you make a partial payment, which is less than an amount sufficient to cover your principal, interest and escrow (if applicable) for a given billing cycle, we may credit the partial payment to your account, return the partial payment to you, or hold the payment in an unapplied funds account. If your statement activity reflects a partial payment was placed in an unapplied funds account, your payment will be held in the unapplied funds account until we receive sufficient funds to cover a full monthly payment. To have your funds applied, you must remit an additional amount sufficient to complete the monthly payment.
- **Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and risk of foreclosure. If you are currently in the military service, or have been within the last 12 months, and joined after signing the Note and Security Instrument now in default, please notify us immediately.

**Loan Reinstatement and Payoff Information**

The outstanding balance and amount due on your statement is as of the date of the statement and is not the amount needed to bring your loan current or to pay off your loan in full. Because of interest, late charges and other charges that may vary from day to day, the outstanding amounts due on your loan will increase. If your loan is in default, foreclosure activity and costs associated therewith will continue to accrue until the loan is fully reinstated or paid in full. If you would like to bring your loan current, please contact our Customer Care Department or your Loss Mitigation Specialist to request a Reinstatement Quote within 48 hours of when you intend to reinstate. If you are planning on paying off your loan, you must request a payoff quote a minimum of 5 business days before your anticipated payoff date and you will be provided a written Payoff Statement. Our agents are unable to give you a verbal payoff quote.

**Mortgage Counseling and Assistance**

If you are experiencing financial difficulty and would like counseling or assistance, you can find a list of homeownership counselors in your area on the U.S. Department of Housing and Urban Development's website at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call their toll-free number at 1-800-569-4287.

**Qualified Written Requests**

Under the Real Estate Settlement Procedures Act, a qualified written request is written correspondence (other than notice on your payment coupon or other payment medium supplied by us) regarding the servicing of your loan that identifies your name, account number and the specific reasons for the request (such as an error on your loan account or a request for information). Any qualified written request you wish to submit must be sent to BSI Financial Services, Attention: Qualified Written Requests,314 S Franklin St. / Second Floor PO Box 517 Titusville, PA 16354.

**Negative Credit Information Notice**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. You have the right to dispute the accuracy of the information reported by writing to us at the address listed above.

**BSI Financial Services is a debt collector, and any information you provide to us may be used to collect a debt.**
**Licensed as Servis One, Inc. dba BSI Financial Services.** This notice is being sent on behalf of BSI Financial Services by its servicing agent, BSI Financial Services.
BSI Financial Services NMLS# 38078.

Colorado Office Location: 7200 S. Alton Way, Ste. B180, Centennial, CO 80112  303-309-3839.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE
https://coag.gov/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/.

---

## CHANGE OF NAME / ADDRESS NOTIFICATION

If applicable, please complete the change of address and personal information below (if name change, please supply supporting documentation):

NAME _____

STREET ADDRESS _____

CITY/STATE _____   ZIP CODE _____

SIGNATURE _____   DATE _____

 **BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Phone: 800-327-7861
bsi.myloanweb.com

## Mortgage Statement

STATEMENT DATE    06/16/23
Property Address: 7980 SMOKEWOOD DR, COLORADO SPRINGS CO 80908

| Account Number: | 7601700034 |
|---|---|
| Payment Date: | 07/01/23 |
| **Payment Amount:** | **$7,296.62** |

ACH Status: Not Active
If payment is received after 07/16/23, $0.00 late fee will be charged.

### Explanation of Amount Due

| | |
|---|---|
| Principal: | $434.39 |
| Interest: | $2,577.44 |
| Escrow (Taxes and/or Insurance): | $636.48 |
| **Current Monthly Payment:** | **$3,648.31** |
| Total Fees and Other Charges: | $0.00 |
| Overdue Payments: | $3,648.31 |
| **Total Payment Amount:** | **$7,296.62** |

SAMI ALLAM
7980 SMOKEWOOD DR
COLORADO SPRINGS CO 80908

### Account Information

| | | | |
|---|---|---|---|
| * Outstanding Principal: | $477,000.00 | | |
| Interest Rate (Until Maturity): | 6.49000% | Prepayment Penalty: | NO |
| Escrow Balance: | $99.84 | | |

* The outstanding principal balance does not represent the payoff of your loan. Please see reverse for more information.

### Transaction Activity (05/01/23 to 06/16/23)

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| 05/02/23 | Payment | $457.60 | $0.00 | $0.00 | $457.60 | $0.00 | $0.00 |
| 06/09/23 | PMI Disbursement | $-357.76 | $0.00 | $0.00 | $-357.76 | $0.00 | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and/or Insurance) | $457.60 | $457.60 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$457.60** | **$457.60**** |

Servicing Transfer Condition: We note that your loan recently transferred to BSI Financial Services. Previous balances may not accurately be reflected in this statement as we continue to review your loan.
* Partial Payments. Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

Your loan is currently due
for the 06/01/23 payment.

We appreciate and value your business!

**IMPORTANT BANKRUPTCY INFORMATION**

**For Informational Purposes Only.** If you have filed a bankruptcy petition and there is an "automatic stay" in effect or you have received a discharge of your personal liability for this loan, we may not and do not intend to pursue collection of this loan from you personally. If either of these circumstances apply, this communication is not and should not be construed to be a demand for payment from you personally, but strictly for information purposes only.

### Important Messages

Keep upper portion for your records. See reverse for important information.
Please return this portion with your payment

 **BSI Financial Services**

☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.

☐ Payoff Proceeds Enclosed

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Phone: 800-327-7861
bsi.myloanweb.com

**Account Number:** 7601700034

Property Address: 7980 SMOKEWOOD DR, COLORADO SPRINGS CO 80908

SAMI ALLAM
7980 SMOKEWOOD DR
COLORADO SPRINGS CO 80908

### Payment Amount

| | |
|---|---|
| **Payment Date:** | **07/01/23** |
| **Payment Amount:** | **$7,296.62** |

If payment is received after 07/16/23, $0.00 late fee will be charged.

*All amounts due must be paid in full before additional principal reduction can be made.
Additional Principal:    $_____
Additional Escrow:    $_____

| **Total Amount Enclosed** | **$_____** |

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

7601700034 000007296620

**Payment Options**
BSI Financial Services provides you the following options for making your mortgage loan payments:

- Mail: BSI Financial Services, P.O. Box 679002, Dallas, TX 75267-9002

- Online: bsi.myloanweb.com

- Pay-by-Phone: 800-327-7861. A fee may apply for this service.

- Monthly, Bi-Weekly and Weekly ACH: Please call 800-327-7861 for instructions on how to enroll in the ACH program.

- Western Union: Visit the Western Union office nearest you.  To make the payment, you will need your loan number, the CODE CITY ("BSI") and the STATE ("PA").  To locate the Western Union office nearest you, call 800.325.6000.

- Overnight Address:  BSI Financial Services, Lockbox Number 679002, 1200 E Campbell Rd Ste. 108, Richardson, TX 75081

**Important Notice: BSI Financial Services does not accept cash payments or postdated checks. All payments will be applied upon receipt.**

**Payment Information**

- **How Payments are Applied:** Payments we receive will be applied in accordance with the terms of your mortgage note.  This generally means that funds will first be applied to any payments past due. Once your loan is current, any additional available funds will be applied to outstanding fees, costs and advances prior to being applied to reduce your principal balance.  Our servicing system allows for one advance payment.  If you send in enough money to satisfy more than one additional monthly payment, any remaining funds will then be applied to fees, costs and your principal balance.  Should you have any questions regarding a specific payment, please call our Customer Care Department at 800-327-7861.
- **Additional Amounts:** This is known as a curtailment or partial prepayment.  If your loan is current and has the standard payment application requirements (check your Note, Mortgage and any applicable Riders for details), an amount in excess of the regular payment amount will be applied first to any outstanding charges (such as late fees or interest) and then to principal.  Also, if your Note has a prepayment penalty, the extra amount you send could trigger that penalty.  Please check your Note and understand what it means.
- **Partial Payments:** If you make a partial payment, which is less than an amount sufficient to cover your principal, interest and escrow (if applicable) for a given billing cycle, we may credit the partial payment to your account, return the partial payment to you, or hold the payment in an unapplied funds account.  If your statement activity reflects a partial payment was placed in an unapplied funds account, your payment will be held in the unapplied funds account until we receive sufficient funds to cover a full monthly payment.  To have your funds applied, you must remit an additional amount sufficient to complete the monthly payment.
- **Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and risk of foreclosure.  If you are currently in the military service, or have been within the last 12 months, and joined after signing the Note and Security Instrument now in default, please notify us immediately.

**Loan Reinstatement and Payoff Information**
The outstanding balance and amount due on your statement is as of the date of the statement and is not the amount needed to bring your loan current or to pay off your loan in full. Because of interest, late charges and other charges that may vary from day to day, the outstanding amounts due on your loan will increase.  If your loan is in default, foreclosure activity and costs associated therewith will continue to accrue until the loan is fully reinstated or paid in full.  If you would like to bring your loan current, please contact our Customer Care Department or your Loss Mitigation Specialist to request a Reinstatement Quote within 48 hours of when you intend to reinstate.  If you are planning on paying off your loan, you must request a payoff quote a minimum of 5 business days before your anticipated payoff date and you will be provided a written Payoff Statement.  Our agents are unable to give you a verbal payoff quote.

**Mortgage Counseling and Assistance**
If you are experiencing financial difficulty and would like counseling or assistance, you can find a list of homeownership counselors in your area on the U.S. Department of Housing and Urban Development's website at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call their toll-free number at 1-800-569-4287.

**Qualified Written Requests**
Under the Real Estate Settlement Procedures Act, a qualified written request is written correspondence (other than notice on your payment coupon or other payment medium supplied by us) regarding the servicing of your loan that identifies your name, account number and the specific reasons for the request (such as an error on your loan account or a request for information).  Any qualified written request you wish to submit must be sent to BSI Financial Services, Attention: Qualified Written Requests,314 S Franklin St. / Second Floor PO Box 517 Titusville, PA 16354.

**Negative Credit Information Notice**
We may report information about your account to credit bureaus.  Late payments, missed payments or other defaults on your account may be reflected in your credit report.  You have the right to dispute the accuracy of the information reported by writing to us at the address listed above.

**BSI Financial Services is a debt collector, and any information you provide to us may be used to collect a debt.**
**Licensed as Servis One, Inc. dba BSI Financial Services.** This notice is being sent on behalf of BSI Financial Services by its servicing agent, BSI Financial Services.
BSI Financial Services NMLS# 38078.

Colorado Office Location:  7200 S. Alton Way, Ste. B180, Centennial, CO 80112  303-309-3839.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE
https://coag.gov/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/.

## CHANGE OF NAME / ADDRESS NOTIFICATION

If applicable, please complete the change of address and personal information below (if name change, please supply supporting documentation):

NAME _____

STREET ADDRESS _____

CITY/STATE _____  ZIP CODE _____

SIGNATURE _____  DATE _____

 **BSI Financial** Services

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Phone: 800-327-7861
bsi.myloanweb.com

**Mortgage Statement**
STATEMENT DATE         07/06/23
Property Address: 7980 SMOKEWOOD DR, COLORADO SPRINGS CO 80908

| Account Number: | 7601700034 |
|---|---|
| Payment Date: | 08/01/23 |
| **Payment Amount:** | **$7,296.62** |
| *ACH Status: Not Active* | |
| *If payment is received after 08/16/23, $0.00 late fee will be charged.* | |

### Explanation of Amount Due

| | |
|---|---|
| Principal: | $436.74 |
| Interest: | $2,575.09 |
| Escrow (Taxes and/or Insurance): | $636.48 |
| **Current Monthly Payment:** | **$3,648.31** |
| Total Fees and Other Charges: | $0.00 |
| Overdue Payments: | $3,648.31 |
| **Total Payment Amount:** | **$7,296.62** |

SAMI ALLAM
7980 SMOKEWOOD DR
COLORADO SPRINGS CO 80908

### Account Information

| | |
|---|---|
| * Outstanding Principal: | $476,567.95 |
| Interest Rate (Until Maturity): | 6.49000% |
| Escrow Balance: | $736.32 |

Prepayment Penalty:                                          NO

* The outstanding principal balance does not represent the payoff of your loan. Please see reverse for more information.

### Transaction Activity (06/16/23 to 07/06/23)

| Date | Description | Transaction Amount | Principal | Interest | Escrow | Late Charges & Fees | Unapplied Amount |
|---|---|---|---|---|---|---|---|
| 07/06/23 | Payment | $3,648.31 | $432.05 | $2,579.78 | $636.48 | $0.00 | $0.00 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $432.05 | $432.05 |
| Interest | $2,579.78 | $2,579.78 |
| Escrow (Taxes and/or Insurance) | $636.48 | $1,094.08 |
| Late Charges | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Partial Payments (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$3,648.31** | **$4,105.91**\*\* |

* Partial Payments: Any partial payments that you make may not be applied to your mortgage, but are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.
** These amounts may not reflect payments made to a prior servicer if your loan servicing was transferred this year.

Your loan is currently due for the 07/01/23 payment.

We appreciate and value your business!

**IMPORTANT BANKRUPTCY INFORMATION**

**For Informational Purposes Only.** If you have filed a bankruptcy petition and there is an "automatic stay" in effect or you have received a discharge of your personal liability for this loan, we may not and do not intend to pursue collection of this loan from you personally. If either of these circumstances apply, this communication is not and should not be construed to be a demand for payment from you personally, but strictly for information purposes only.

### Important Messages

Keep upper portion for your records. See reverse for important information.
Please return this portion with your payment

 **BSI Financial** Services

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Phone: 800-327-7861
bsi.myloanweb.com

**Account Number:** 7601700034
Property Address: 7980 SMOKEWOOD DR, COLORADO SPRINGS CO 80908
SAMI ALLAM
7980 SMOKEWOOD DR
COLORADO SPRINGS CO 80908

☐ Please check box if mailing address or phone number has changed. Write changes on back of payment stub.
☐ Payoff Proceeds Enclosed

### Payment Amount

| **Payment Date:** | **08/01/23** |
|---|---|
| **Payment Amount:** | **$7,296.62** |

*If payment is received after 08/16/23, $0.00 late fee will be charged.*

*All amounts due must be paid in full before additional principal reduction can be made.*

| Additional Principal: | $_____ |
|---|---|
| Additional Escrow: | $_____ |

**Total Amount Enclosed**          $_____

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

7601700034 000007296620

**Payment Options**
BSI Financial Services provides you the following options for making your mortgage loan payments:

- Mail: BSI Financial Services, P.O. Box 679002, Dallas, TX 75267-9002

- Online: bsi.myloanweb.com

- Pay-by-Phone: 800-327-7861. A fee may apply for this service.

**ACH** • Monthly, Bi-Weekly and Weekly ACH: Please call 800-327-7861 for instructions on how to enroll in the ACH program.

- Western Union: Visit the Western Union office nearest you. To make the payment, you will need your loan number, the CODE CITY ("BSI") and the STATE ("PA"). To locate the Western Union office nearest you, call 800.325.6000.

- Overnight Address: BSI Financial Services, Lockbox Number 679002, 1200 E Campbell Rd Ste. 108, Richardson, TX 75081

**Important Notice: BSI Financial Services does not accept cash payments or postdated checks. All payments will be applied upon receipt.**

**Payment Information**

- **How Payments are Applied:** Payments we receive will be applied in accordance with the terms of your mortgage note. This generally means that funds will first be applied to any payments past due. Once your loan is current, any additional available funds will be applied to outstanding fees, costs and advances prior to being applied to reduce your principal balance. Our servicing system allows for one advance payment. If you send in enough money to satisfy more than one additional monthly payment, any remaining funds will then be applied to fees, costs and your principal balance. Should you have any questions regarding a specific payment, please call our Customer Care Department at 800-327-7861.
- **Additional Amounts:** This is known as a curtailment or partial prepayment. If your loan is current and has the standard payment application requirements (check your Note, Mortgage and any applicable Riders for details), an amount in excess of the regular payment amount will be applied first to any outstanding charges (such as late fees or interest) and then to principal. Also, if your Note has a prepayment penalty, the extra amount you send could trigger that penalty. Please check your Note and understand what it means.
- **Partial Payments:** If you make a partial payment, which is less than an amount sufficient to cover your principal, interest and escrow (if applicable) for a given billing cycle, we may credit the partial payment to your account, return the partial payment to you, or hold the payment in an unapplied funds account. If your statement activity reflects a partial payment was placed in an unapplied funds account, your payment will be held in the unapplied funds account until we receive sufficient funds to cover a full monthly payment. To have your funds applied, you must remit an additional amount sufficient to complete the monthly payment.
- **Attention Servicemembers and Dependents:** Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and risk of foreclosure. If you are currently in the military service, or have been within the last 12 months, and joined after signing the Note and Security Instrument now in default, please notify us immediately.

**Loan Reinstatement and Payoff Information**
The outstanding balance and amount due on your statement is as of the date of the statement and is not the amount needed to bring your loan current or to pay off your loan in full. Because of interest, late charges and other charges that may vary from day to day, the outstanding amounts due on your loan will increase. If your loan is in default, foreclosure activity and costs associated therewith will continue to accrue until the loan is fully reinstated or paid in full. If you would like to bring your loan current, please contact our Customer Care Department or your Loss Mitigation Specialist to request a Reinstatement Quote within 48 hours of when you intend to reinstate. If you are planning on paying off your loan, you must request a payoff quote a minimum of 5 business days before your anticipated payoff date and you will be provided a written Payoff Statement. Our agents are unable to give you a verbal payoff quote.

**Mortgage Counseling and Assistance**
If you are experiencing financial difficulty and would like counseling or assistance, you can find a list of homeownership counselors in your area on the U.S. Department of Housing and Urban Development's website at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call their toll-free number at 1-800-569-4287.

**Qualified Written Requests**
Under the Real Estate Settlement Procedures Act, a qualified written request is written correspondence (other than notice on your payment coupon or other payment medium supplied by us) regarding the servicing of your loan that identifies your name, account number and the specific reasons for the request (such as an error on your loan account or a request for information). Any qualified written request you wish to submit must be sent to:BSI Financial Services, Attention: Qualified Written Requests,314 S Franklin St. / Second Floor PO Box 517 Titusville, PA 16354.

**Negative Credit Information Notice**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. You have the right to dispute the accuracy of the information reported by writing to us at the address listed above.

**BSI Financial Services is a debt collector, and any information you provide to us may be used to collect a debt.**
**Licensed as Servis One, Inc. dba BSI Financial Services.** This notice is being sent on behalf of BSI Financial Services by its servicing agent, BSI Financial Services.
BSI Financial Services NMLS# 38078.

Colorado Office Location: 7200 S. Alton Way, Ste. B180, Centennial, CO 80112  303-309-3839.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE
https://coag.gov/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/.

-------------------------------------------------------------------------------------------------------

## CHANGE OF NAME / ADDRESS NOTIFICATION

If applicable, please complete the change of address and personal information below (if name change, please supply supporting documentation):

NAME _____

STREET ADDRESS _____

CITY/STATE _____  ZIP CODE _____

SIGNATURE _____  DATE _____



**NOTICE OF ACTION TAKEN**
If you have any questions regarding this
notice, you should contact us at:
1305 Main St
Stevens Point, WI 54481
Customer Care:  1-800-236-8866

DATE FILED: January 18, 2024 3:17 PM
FILING ID: 7360518FEECC1
CASE NUMBER: 2024CV30107

07/17/2023

2814 N. Halsted LLC
Attn: Sami Allam, Member
2814 N. Halsted Street
Chicago, IL 60657

Dear: 2814 N. Halsted LLC,

Thank you for your recent application for Associated Bank's Business product: $600,000.00 Secured Term Loan.

After careful consideration, we regret to inform you that the bank is unable to approve the request at this time. We have reviewed your business and personal financial strength in addition to processing your application using a credit scoring system that assigns a numeric value to the various items of information we consider in evaluating your application. The numeric values are based upon results of analyses of repayment histories of large numbers of borrowers. The information you provided in your application did not score a sufficient number of points for approval of the application. The reasons you did not score well compared with other borrowers and the sources of information contributing to it appear below.

The principal reasons for the credit decision are:
1.    Lack of acceptable Guarantor or Co-applicants

☐ In evaluating your application, the consumer reporting agency listed below provided us with information that in whole or in part influenced our decision.  The consumer reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to your. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency.  You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice.  In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.  This information may be obtained by contacting:

Trans Union Consumer Relations
2 Baldwin Place
PO Box 1000
Chester, PA 19022
800-888-4213
www.transunion.com/myoptions

☐ If selected, our credit decision was based in whole or in part on information obtained from an affiliate of ours or from an outside source other than a consumer reporting agency.  Under the Fair Credit Reporting Act you have a right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

Please read the notice at the bottom of this letter for information about your rights under the Equal Credit Opportunity Act. The federal agency that administers compliance with this law concerning Associated Bank, N.A.: Bureau of Consumer Financial Protection; 1700 G Street NW; Washington DC 20552

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color,  religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the  applicant's income derives from any public assistance  program; or because the applicant has in good faith exercised any right under the Consumer   Credit Protection  Act.

Please contact one of our Business Banking Customer Care specialists at 800-728-3501 if there are any questions.

Sincerely,

Associated Bank

Small  Business  Lending


**BSI** *Financial*
*Services*

314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
800-327-7861
814-217-1366 Fax
bsi.myloanweb.com

04-27-2023

DATE FILED: January 18, 2024 3:17 PM
FILING ID: 7360318FEECC4    Original Principal Balance: $477,000.00
CASE NUMBER: 2024CV30109    Account Number: 7601700034

Property Address:  7980 SMOKEWOOD DR
COLORADO SPRINGS CO 80908

SAMI ALLAM
7980 SMOKEWOOD DR
COLORADO SPRINGS CO 80908

Dear Borrower(s):

BSI Financial Services is pleased to assist you with your mortgage needs.  We are delighted to welcome you as a new customer!  We have an experienced staff that specializes in providing superior customer service for the life of your loan. The Servicing Department is responsible for all administrative services such as payment processing, escrow account administration, correspondence and any default administration.  There is an experienced and dedicated team of professionals ready to assist you.

Please indicate your account number provided above on all checks and correspondence. Payment and correspondence addresses are as follows:

| **Payments Via** | **Payments Via** | |
| **First Class Mail** | **Priority or Overnight Mail** | **Correspondence** |
| BSI Financial Services | BSI Financial Services | BSI Financial Services |
| PO Box 679002 | Lockbox Number 679002 | 314 S Franklin St, 2nd Floor |
| Dallas, TX  75267-9002 | 1200 E. Campbell Rd. Ste. 108 | Titusville, PA 16354 |
| | Richardson, TX  75081 | |

You will receive a monthly mortgage loan statement.  In addition to sending your monthly payments via regular mail or overnight mail such as UPS or FedEx, the following payment options are available:  You can make arrangements to have your payment automatically withdrawn from your checking or savings account weekly, bi-weekly, or monthly by completing the enclosed Automatic Clearing House ("ACH") Application and returning it to BSI Financial Services via fax or mail as outlined in the application; schedule a one-time or recurring payment via bsi.myloanweb.com; Pay-by-Phone by calling 800-327-7861; and Western union using the city code "BSI" and the state "PA".  If you need assistance in completing the application, please contact our Customer Care department at 800-327-7861.

If you require further assistance or have any questions about your mortgage loan, please do not hesitate to call us toll-free at 800-327-7861 Monday - Friday 8:00 a.m. - 10:00 p.m. (ET) and Saturday 8:00 a.m. - 12:00 p.m. (ET). We not only appreciate the opportunity to provide your home financing needs but to also provide ongoing quality service and support.

## Important Information About Your Rights

BSI Financial Services
4200 Regent Blvd Suite B200
Irving, TX 75063
800-327-7861
Fax: (972) 692-7083
NMLS # 38078
Office Hours: Monday - Friday 8:00 a.m. - 10:00 p.m. (ET) and Saturday 8:00 a.m. - 12:00 p.m. (ET).

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS # 38078
Customer Care Hours: Monday - Friday 8:00 a.m. - 10:00 p.m. (ET) and Saturday 8:00 a.m. - 12:00 p.m. (ET).
7200 S. Alton Way, Ste. B180 Centennial, CO 80112 (303) 309-3839.
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

Colorado Office Location: 7200 S. Alton Way, Ste. B180, Centennial, CO 80112 (303) 309-3839
**Colorado Residents**
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE
HTTPS://COAG.GOV/OFFICE-SECTIONS/CONSUMER-PROTECTION/CONSUMER-CREDIT-UNIT/COLLECTION-AGENCY-REGULATION/

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

Sincerely,
BSI Financial Services

This is an attempt to collect a debt. Any information obtained will be used for that purpose.
Enclosures:
Temporary Coupon
Automatic Clearing House Application ("ACH")
Servicemembers Civil Relief Act Notice
Fees and Costs

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS # 38078
Customer Care Hours: Monday - Friday 8:00 a.m. - 10:00 p.m. (ET) and Saturday 8:00 a.m. - 12:00 p.m. (ET).
7200 S. Alton Way, Ste. B180 Centennial, CO 80112 (303) 309-3839.
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# Law Office of Sean F. Soon

ATTORNEY AND COUNSELOR AT LAW

6000 East Evans Avenue
Building 2, Suite 225
Denver, Colorado  80222
Tele: (303) 758-8349 Fax: (303) 756-4308

DATE FILED: January
FILING ID: 736051
CASE NUMBER: 2024

July 17, 2023

BSI Financial Services
Attn: Customer Care
PO Box 517
Titusville, PA 16354-0517

  Re: Sami Allam
    Loan:
    Property: 7980 Smoke Wood Dr.
    Colorado Springs, CO 80908-5629

Dear BSA:

My Law Office has been retained by Mr. Allam to represent his interests in this mortgage payment dispute. Mr. Allam sent his first mortgage payment to his mortgage holder, Mason McDuffie Mortgage, and received confirmation of payment. This was per his closing documents and financial instructions. Evidently, the loan was bought or transferred to BSI and your company did not receive the payment, therefore did not credit my client's account. This has resulted in BSI reporting a missed payment which caused Mr. Allam's credit score to drop.  Not only has this caused Mr. Allam emotional and mental distress, but this has impacted his business as a $600,000 loan was just denied by Associate Bank, citing the drop in his credit score. Mr. Allam has emailed to your customer service and requested that you correct his credit history. Your company has not responded.

You must immediately remove any negative remarks or negative reporting to all three major credit reporting services, such as Trans Union, so that my client's credit score is rectified and remains high. Failure to immediately correct my client's credit history will result in a civil lawsuit for breach of contract, defamation and libel, interference with business contract, fraud and deceit as well as costs, damages, and punitive damages for pain and suffering.

A lawsuit will undoubtedly result in you owing damages over $56,000 and attorney fees of at least $10,000, with liens put on your projects, property and institutions, bank accounts, and the debt reported to all three major credit bureaus. Mr. Allam will also file negative reviews against your company on Google, Yahoo and other social media, warning consumers of your business practices.

If you have any questions, please immediately contact Mr. Allam at his address or phone number on file.

    Sincerely,

    /s/Sean F. Soon
    Sean F. Soon, Esq.