IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 24–cv–00465–MDB

SAMI ALLAM,

    Plaintiff,

v.

SERVICE ONE, INC. d/b/a BSI FINANCIAL SERVICES, and
MASON MCDUFFIE MORTGAGE CORP.,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order at Dkt. No. 60, filed January 24, 2025 by the Honorable Maritza Dominguez Braswell, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants Service One Inc. d/b/a BSI Financial Services and Mason McDuffie Mortgage Corp., and against Plaintiff, Sami Allam, on Plaintiff's Motion for Reconsideration at Dkt. No. 51 of the Court's dismissal order at Dkt. No. 48, and Plaintiff's Motion to Amend at Dkt. No. 53.  It is further

ORDERED that Plaintiff's case is hereby DISMISSED with prejudice.

DATED this 24th day of January, 2025.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK
                                          s/ *E. Lopez Vaughan*
                                          Deputy Clerk